## UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2034



RICHARD W. WIEKING
CLERK OF COURT

February 25, 2011

**Benjamin Philip Cannon**
1083 Vine Street #215
Healdsburg, CA 95448

**Re: C11-0651 EMC  Cannon v. City of Petaluma, et al.**

Dear Plaintiff:

     This matter has been assigned to Magistrate Judge Edward M. Chen for all purposes including trial.

     Pursuant to 28 U.S.C. §636(c), the magistrate judges of this district have been designated by this Court to conduct any and all proceedings in a civil case including a jury or non-jury trial and to order the entry of a final judgment, upon the consent of all parties. A signed consent to the jurisdiction of the Magistrate Judge must be filed before consideration of any dispositive motion filed by either party.

     A review of the file discloses that the Consent to Proceed Before a United States Magistrate has not been filed in this case. Please sign and return **one** of the enclosed forms documenting either: (1)  your consent or (2)  request for reassignment and return it to the Court by **3/11/11.**   If you do not consent, your case will be reassigned to a District Court Judge.  You are free to withhold consent to this Court and request reassignment to a district judge without any adverse substantive consequences.

     Thank you.

RICHARD W. WIEKING

By: Betty Lee
Deputy Clerk

Enclosure

*United States District Court*
*For the Northern District of California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PHILLIP CANNON,   Case No. C11-0651 EMC

      Plaintiff,

v.

CITY OF PETALUMA, et al.,

      Defendants.

_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____   _____
                                                                      Signature
                                                                      Counsel for: _____
                                                                      (Name of party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PHILLIP CANNON,                    Case No. C11-0651 EMC

        Plaintiff,
v.

CITY OF PETALUMA, et al.,

        Defendants.

_____/

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

    The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____    _____
                                                                 Signature
                                                                 Counsel for _____
                                                                 (Name of party or indicate "pro se")