| | |
|---|---|
| 1  Benjamin P Cannon | **FILED** |
| 2  Attorney in Propia Persona | 2011 APR 15  P 4: 10 |
| 3  1083 Vine St #215 | |
|    Healdsburg, CA 95448 | RICHARD W. WIEKING |
| 4  discovery@42usc1983.net | CLERK, U.S. DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHILIP CANNON, an individual, | Case No: CV11 0651 EMC |
| Plaintiff, | **MOTION TO ALLOW ECF FILING** |
| vs. | |
| COUNTY OF SONOMA, a municipal entity, CITY OF PETALUMA, a municipal entity, CITY OF SONOMA, a municipal entity, PETALUMA POLICE DEPARTMENT, SONOMA POLICE DEPARTMENT, SONOMA COUNTY SHERRIF'S DEPARTMENT, SONOMA COUNTY DISTRICT ATTORNEY'S OFFICE. | |
| DAN FISH, JOHN SILVA, BERT WALKER, JASON JUCUTAN | |
| BILL COGBILL, JIM NAUGLE, CHRIS SPALLINO, ERIC HAUFLER, JESSE HANSHEW, SHAWN MURPHY, PERRY SPARKMAN, | |
| JAMES CASEY, BOB WANER, STEPHEN PASSALACQUA. | |
| SORINNE ARDELANU, CHRISTINE BARNETT individuals. | |
| THE SONOMA SUN, a newspaper. | |
| DOES 1-10, individuals or municipalities. | |
| Defendants. | |

Motion to allow ECF filing - Page 1 of 1

## MOTION

COME NOW Plaintiff, BENJAMIN PHILIP CANNON, moves the court as follows:

1. For an order allowing Plaintiff to file electronically in this matter pursuant to General Order 45.

Date: April 15, 2011        Respectfully submitted, with apologies for lack of brevity.

Benjamin P Cannon
Attorney In Propia Persona
1083 Vine St #215
Healdsburg, CA 95448
Email: discovery@42usc1983.net

By: /s/ 
Benjamin P Cannon,
Attorney in pro-per