**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                          General Court Number
Clerk                                                                                                                          415.522.2000

**April 21, 2011**

CASE NUMBER:  CV 11-00651 EMC
CASE TITLE:  BENJAMIN PHILIP CANNON-v-CITY OF PETALUMA

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the OAKLAND division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/21/11

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                                                                                                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                               Special Projects
Log Book Noted                                                          Entered in Computer 4/21/11 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                              Transferor CSA