UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN P. CANNON,

    Plaintiff,

    v.

CITY OF PETALUMA, et al.,

    Defendants.

_____/

No. C 11-0651 PJH

**ORDER RE PRO PER E-FILING REQUIREMENTS**

    The court is in receipt of plaintiff's request for permission to file documents by electronic case filing ("ECF"), filed on April 15, 2011.

    In order to request participation in the e-filing program in propria persona, plaintiff must first submit a declaration that he has read General Order 45 and other instructions on the court's website that pertain to electronic filing; that he understands the requirements of the electronic filing program; and that he will comply with the Federal Rules of Civil Procedure, the Civil Local Rules of this court, and all other rules and orders of the court, subject to termination of his participation for failing to comply with said rules and orders.

    The court will rule on the request upon receipt of the additional declaration. Plaintiff shall submit such declaration no later than May 20, 2011. If plaintiff chooses not to submit any such declaration, the request will be deemed denied.

Finally, the court also notes that while plaintiff filed this action on February 11, 2011, he has to date filed no return of service of the summons and complaint on any of the numerous defendants named in the complaint. The court reminds plaintiff that under Federal Rule of Civil Procedure 4(m), all defendants must be served within 120 days after the complaint is filed. Plaintiff should also refrain from referring to himself as "attorney in propria persona." While it is true that he is proceeding in propria persona, it appears that he is not an attorney.

**IT IS SO ORDERED**

Dated: May 10, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

2