# EXHIBIT A

## Anne Keck

**From:**     Anne Keck
**Sent:**     Wednesday, May 18, 2011 9:40 AM
**To:**       'discovery@42usc1983.net'; 'Ben@geovario.com'
**Subject:**  Cannon v. City of Petaluma, et al., USDC Case No. CV11-00651

Dear Mr. Cannon:

I am a deputy county counsel with Sonoma County, which has received service of the above-referenced lawsuit you filed in federal court.  Due to my heavy calendar and vacation schedule, I would like to ask you for an extension of time to file a response to your First Amended Complaint.  In addition, counsel for the City of Petaluma would also like to request an extension of time, and has informally authorized me to speak with you on their behalf on this issue.

Court records do not list a telephone number for you.  Accordingly, I would appreciate it if you would contact me today at the number listed below to discuss the issues and process. Thank you, Anne

Anne L. Keck
Deputy County Counsel
Sonoma County
(707) 565-2421