Benjamin P Cannon
1083 Vine St #215
Healdsburg, CA 95448
discovery@42usc1983.net

FILED

MAY 2 0 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

2011 MAY 20 PH 4: 45

CLERK, MICHARD W. WIEKING
NORTHERN U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHILIP CANNON, an individual, <br><br> Plaintiff, <br> vs. <br><br> CITY OF PETALUMA, et al. <br><br> Defendants. | Case No: CV11 0651 PJH <br><br> **DECLARATION IN SUPPORT OF MOTION TO ALLOW ELECTRONIC CASE FILING.** |

## DECLARATION

1. This declaration is composed in response to an order issued May 10 to allow Electronic Case Filing. ("ECF")

2. I have read General Order 45, and the instructions on the District Court's website that pertain to electronic filing. I understand the requirements of the electronic filing program, and I will comply with the Federal Rules of Civil Procedure, the Civil Local Rules of the court, and all other rules and orders of the court, subject to termination of my participation for failing to comply with said rules and orders.

~~First Amended Complaint For Damages - Page 1 of 2~~

Declaration

1   Date: May 20, 2011

2

3   I declare under penalty of perjury the forgoing is true and correct.

4                                          Benjamin P Cannon
                                           1083 Vine St #215
5                                          Healdsburg, CA 95448
                                           Email: discovery@42usc1983.net
6

7                                          By: _____

8                                          Benjamin P Cannon

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                    ~~First Amended Complaint For Damages~~ Page 2 of 2

                    *Declaration*