**FILED**

MAY 2 0 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. *CV11 0651*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *City of Petaluma*

was received by me on *(date)* *5/5/11*.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* *Claire Cooper, CMC* , who is

designated by law to accept service of process on behalf of *(name of organization)* *City of Petaluma*

on *(date)* *5/9/11* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ *0* for travel and $ *0* for services, for a total of $ *1/11 0* .

I declare under penalty of perjury that this information is true.

Date: *5/9/11*

*[signature]*
Server's signature

*Nicholas G. Harris*
Printed name and title

*714 H st Petaluma CA 94952*
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. *CV11 0651*

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *City of Sonoma*

was received by me on *(date)* *5/5/11*

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* *David Goodison* , who is

designated by law to accept service of process on behalf of *(name of organization)* *City of Sonoma*

on *(date)* *5/5/11* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ ⊘ for travel and $ ⊘ for services, for a total of $ ⊘ .

I declare under penalty of perjury that this information is true.

Date: *5/9/11*                    _____
                                              *Server's signature*

                                   *Nicholas G. Harris*
                                              *Printed name and title*

                                   *714 H St. Petaluma CA*
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. _CV11 9651_

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) _The Sonoma Sun_

was received by me on (date) _5/5/11_

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) _Val Robichaud_ , who is

designated by law to accept service of process on behalf of (name of organization) _The Sonoma Sun_

on (date) _5/5/11_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ _⊗_ for travel and $ _⊗_ for services, for a total of $ _⊗_ .

I declare under penalty of perjury that this information is true.

Date: _5/9/11_

_____
Server's signature

_Nicholas G. Harris_
Printed name and title

_714 H st. Petaluma CA_
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CU 1( 065|

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jason JucHan

was received by me on *(date)* 5/5/11 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sue Grant , who is

designated by law to accept service of process on behalf of *(name of organization)* Petaluma

Police Department, Jason Jucutan on *(date)* 5/5/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ ⓪ for travel and $ ⓪ for services, for a total of $ ⓪ .

I declare under penalty of perjury that this information is true.

Date: 5/9/11

_____
*Server's signature*

Nicholas G. Harris
*Printed name and title*

714 H St. Petaluma CA
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. _CU11  9651_

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Bert Walker_

was received by me on *(date)* _5/5/11_ .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Sue Grant_ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_Petaluma Police Department, Bert Walker_ on *(date)* _5/5/11_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _5/9/11_

_____
*Server's signature*

_Nicholas G. Harris_
*Printed name and title*

_714 H St. Petaluma CA_
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. _CV 11 0651_

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _John Silva_ .

was received by me on *(date)* _5/5/11_

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Sue Grant_ , who is

designated by law to accept service of process on behalf of *(name of organization)* _Petaluma_

_Police Department, John Silva_ on *(date)* _5/5/11_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _⊘_ for travel and $ _⊘_ for services, for a total of $ _10_ .

I declare under penalty of perjury that this information is true.

Date: _5/9/11_                                    _____
                                                        *Server's signature*

                                    _Nicholas G. Harris_
                                                        *Printed name and title*

                                    _714 H St. Petaluma CA 94952_
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CU 11 0651

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dan Fish

was received by me on *(date)* 5/5/11 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sue Grant , who is
designated by law to accept service of process on behalf of *(name of organization)*
Petaluma Police Department, Dan Fish on *(date)* 5/5/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 5/9/11

_____
*Server's signature*

Nicholas G Harris
*Printed name and title*

714 H st. Petaluma CA
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV4 0651

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Petaluma Police Department

was received by me on *(date)* 5/5/11.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sue Grant , who is

designated by law to accept service of process on behalf of *(name of organization)* Petaluma Police Department

on *(date)* 5/5/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ Ⓧ for travel and $ Ⓧ for services, for a total of $ Ⓧ .

I declare under penalty of perjury that this information is true.

Date: 5/9/11

_____
*Server's signature*

Nicholas G. Harris
*Printed name and title*

714 H st, Petaluma CA 94952
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.    CVLL  0651

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  James  Casey

was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Sandra  Arevalo , who is
designated by law to accept service of process on behalf of *(name of organization)*  James  Casey
~~Alarg 10 - 20 td 2-27~~  on *(date)* 5/10/11  2:27 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  30  for travel and $  0  for services, for a total of $  ~~$~~ 30 .

I declare under penalty of perjury that this information is true.

Date:  5/16/2011

_____
Server's signature

Ted  aitchie
_____
Printed name and title

2o BcK 1423, Richmont Zork, Cc 94927
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. _CVU  0651_

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Stephen  Passabcqua_

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Sandra Arenalo_ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_Stephen  Passabequc_ on *(date)* _5/6/11  2:27_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _30_ for travel and $ _0_ for services, for a total of $ _$2.30_ .

I declare under penalty of perjury that this information is true.

Date: _5/6/11_ _____
                                                        *Server's signature*

                    _Ted Ritchie_
                                            *Printed name and title*

          _Po Box 1423 Achert Zuh, cc 94927_
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  CV 11 0651

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sonoma County District Attorney's Office

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Sandra Arreula , who is

designated by law to accept service of process on behalf of *(name of organization)*  Sonoma County District Attorney

on *(date)* 5/10/11  2:27 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ 3C  for travel and $ 0  for services, for a total of $ 3G .

I declare under penalty of perjury that this information is true.

Date: 5/10/11 _____

_____
*Server's signature*

Ted Ritchie
*Printed name and title*


PO Box 1423, Richmond Point C. 94927
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  CVII 0651

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  County of Sonoma

was received by me on *(date)*                          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Sandra Prevallo , who is

designated by law to accept service of process on behalf of *(name of organization)*  County of Sonoma

on *(date)*  5/10/11  2:27 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify).*

My fees are $  30  for travel and $  /0  for services, for a total of $  PB 40 .

I declare under penalty of perjury that this information is true.

Date:  5/10/11

_____
*Server's signature*

Ted Ritchie
*Printed name and title*

Po Box 1423, Rohvert Park, CC 94927
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV11 0651

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bab Waner

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sandra Arevalo , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
Bob werner on *(date)* 5/16/11 2:28 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 30 for travel and $ 0 for services, for a total of $ ~~$54~~ 30 .

I declare under penalty of perjury that this information is true.

Date: 5/16/11

_____
*Server's signature*

Ted Ritchie
*Printed name and title*

20 fox 1423, Advent Tech, Cc 94927
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. _CVU 0651_

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Eric Havfler_

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Susan Richefson_ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _5/10/11 2:50_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*.


My fees are $ _36_ for travel and $ _0_ for services, for a total of $ _36_ .

I declare under penalty of perjury that this information is true.

Date: _5/10/11_

_____
*Server's signature*

_Ted Ritchie_
*Printed name and title*


_Po Box 1423, Rohnert Park, Cc 94927_
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. ___CV 11 0651___

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Jesse Hanshew___

was received by me on *(date)* ___.___

☐ I personally served the summons on the individual at *(place)* ___

___ on *(date)* ___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ___
___ , a person of suitable age and discretion who resides there,

on *(date)* ___ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___Susen Rilletson___ , who is
designated by law to accept service of process on behalf of *(name of organization)* ___
___ on *(date)* ___9/6/11   2:50___ ; or

☐ I returned the summons unexecuted because ___ ; or

☐ Other *(specify).*

My fees are $ ___30___ for travel and $ ___6___ for services, for a total of $ ___36___ .

I declare under penalty of perjury that this information is true.

Date: ___5/10/11___

___
Server's signature

___Ted Aitchie___
Printed name and title

___Po Box 1423, Rohnert Park Ca 94927___
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  CV 11  O651

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Chris Spallino

was received by me on *(date)*  _____ .

☐ I personally served the summons on the individual at *(place)*  _____

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*  _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Susan Ricketson  , who is

designated by law to accept service of process on behalf of *(name of organization)*

Chris Spallino  on *(date)* 5/10/11  2:50  ; or

☐ I returned the summons unexecuted because  _____  ; or

☐ Other *(specify):*  _____

My fees are $  30  for travel and $  0  for services, for a total of $  30  .

I declare under penalty of perjury that this information is true.

Date:  5/10/11

_____
*Server's signature*

Ted  Ritchie
*Printed name and title*

Po Box 1423, Rohnert Park, Ca  94927
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. _CV 11 0651_

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Shawn Murphy_

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _Susan Richetson_ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_Shawn Murphy_ on *(date)* _5/10/11 2:50_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _30_ for travel and $ _0_ for services, for a total of $ _$30_ .

I declare under penalty of perjury that this information is true.

Date: _5/10/11_ _____
                                    *Server's signature*

_Ted Ritchie_
*Printed name and title*



_2o BoX 1423 Achnert Zuh Ce 99927_
                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. $\quad$ CV 11 0651

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Sonoma Police Department__

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Susan Richetson__ , who is

designated by law to accept service of process on behalf of *(name of organization)* __Sonoma Police Department__

_____ on *(date)* __5/10/11   2:50__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __784 3c__ .

I declare under penalty of perjury that this information is true.

Date: __5/10/11__

_____
Server's signature

__Ted Ritchie__
Printed name and title

__20 Box 1423, Richtert Park, Ca 94927__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. _Cv 11 0651_

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Perry Sparkman_

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Susan Ricketson_ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_Perry Sparkman_ on *(date)* _5/10/11  2:50_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _30_ for travel and $ _0_ for services, for a total of $ _30_ .

I declare under penalty of perjury that this information is true.

Date: _5/10/11_                          _____
                                          *Server's signature*

                                          _Ted Ritchie_
                                          *Printed name and title*

                                          _Po Box 1423, Robert Pk Ca 94927_
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. *CV 11 0651*

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) *Jim Naugle*

was received by me on (date) _____ .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) *Susan Richetson* , who is

designated by law to accept service of process on behalf of (name of organization)

*Jim Nagale* on (date) *9/6/11 2:50* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ *30* for travel and $ *0* for services, for a total of $ *~~40~~ 30* .

I declare under penalty of perjury that this information is true.

Date: *5/16/11* _____

_____
Server's signature

*Ted Ritchie*
Printed name and title

*20 Box 1123 Robert Park Cc 94927*
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. _CV11 0651_

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Bill Gogbill_

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
*(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Susan Richetson_ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _5/16/11 2:40_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _30_ for travel and $ _10_ for services, for a total of $ _40_ .

I declare under penalty of perjury that this information is true.

Date: _5/16/11_                       _____
                                              *Server's signature*

                                      _Ted Ritchie_
                                      *Printed name and title*


                                      _Po Box 1423, Rohnert Park Ca 94927_
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. _CV 11  0651_

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Sonoma  County  Sherrif's  Dept_
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Susan  Richetson_ , who is
designated by law to accept service of process on behalf of *(name of organization)* _Sonoma  County  Sherif's Dept_

_____ on *(date)* _5/10/11 12:45_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _30_ for travel and $ _0_ for services, for a total of $ _30_ .

I declare under penalty of perjury that this information is true.

Date: _5/10/11_ _____
                              *Server's signature*

                _Ted  Ritchie_
                              *Printed name and title*

                _Po Box 1423, Rohnert Park, Ca 94927_
                              *Server's address*

Additional information regarding attempted service, etc:

.