AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. CV11 0651 PJH

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45)*

This subpoena for *(name of individual and title, if any)* Sonoma County District Attorney
was received by me on *(date)* 5/5/11 .

☒ I served the subpoena by delivering a copy to the named person as follows:
Terry Menshek
on *(date)* 5/13/11 1:40 ; or

☒ I returned the subpoena unexecuted because: ~~Terry Menshek~~

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 40 for travel and $ 0 for services, for a total of $ 40 .

I declare under penalty of perjury that this information is true.

Date: 5/13/11 1:40

_____
Server's signature

Ted Ritchie
_____
Printed name and title

PO Box 1423, Rohnert Park, CA, 94928
_____
Server's address

Additional information regarding attempted service, etc: