AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  CV11 0651 PJH

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

*FILED*

2011 MAY 23 PM 12: 23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

This subpoena for *(name of individual and title, if any)*  Sonoma County sheriff's office

was received by me on *(date)*  5/5/11  .

☒ I served the subpoena by delivering a copy to the named person as follows:  Sonoma County

Sheriff's reception officer

on *(date)*  5/13/11 1:30 ; or

☒ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____30_____ for travel and $ ___10___ for services, for a total of $ ___40___ .

I declare under penalty of perjury that this information is true.

Date:  5/13/11  1:30

_____
Server's signature

Ted Ritchie
_____
Printed name and title

PO Box 1423, Rohnert Park, Ca  94928
_____
Server's address

Additional information regarding attempted service, etc: