Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Sonoma Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHILIP CANNON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF PETALUMA, et al.,<br><br>　　　　　Defendants. | Case No.: CV 11-0651 PJH<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br><br><br><br>Complaint filed: February 11, 2011 |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Richard W. Osman hereby enters his appearance as counsel of record for Defendants County of Sonoma (including the Sonoma County Sheriff's Office); City of Sonoma (including the Sonoma Police Department); former Sonoma County Sheriff-Coroner William Cogbill; Sonoma County Sheriff's Deputies James Naugle, Christopher Spallino, Eric Haufler, Jesse Hanshew, Shawn Murphy, and Perry Sparkman; former Sonoma County District Attorney Stephan Passalacqua; and Sonoma County Deputy District Attorneys James Casey and Robert Waner (the "Sonoma Defendants"). Copies of all pleadings, papers, and notices should be served as follows:

///

1

NOTICE OF APPEARANCE OF COUNSEL
*Cannon v. City of Petaluma, et al.*
U.S.D.C. Northern District of CA Case No. CV 11-0651 PJH

1 | Richard W. Osman
2 | BERTRAND, FOX & ELLIOT
  | The Waterfront Building
3 | 2749 Hyde Street
  | San Francisco, California 94109
4 | Telephone:     (415) 353-0999, x104
  | Facsimile:     (415) 353-0990
5 | Email: rosman@bfesf.com

Dated: May 25, 2011                              Respectfully submitted,

                                                 BERTRAND, FOX & ELLIOT


                                         By:  /s/ *Richard W. Osman*
                                              Thomas F. Bertrand
                                              Richard W. Osman
                                              Attorney for Sonoma Defendants