1  Thomas F. Bertrand, State Bar No. 056560
   Richard W. Osman, State Bar No. 167993
2  BERTRAND, FOX & ELLIOT
3  The Waterfront Building
   2749 Hyde Street
4  San Francisco, California 94109
   Telephone:   (415) 353-0999
5  Facsimile:   (415) 353-0990

6  Attorneys for Sonoma Defendants

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   BENJAMIN PHILIP CANNON,            )   Case No.: CV 11-0651 PJH
12                                    )
                Plaintiff,            )   **CERTIFICATE OF SERVICE**
13                                    )
14       vs.                          )
                                      )
15                                    )
   COUNTY OF PETALUMA, et al.,        )
16                                    )
                                      )
17              Defendants.           )   Complaint filed: February 11, 2011

18

19

20

21

22

23

24

25

26

27

28

                                      1
CERTIFICATE OF SERVICE
*Cannon v. City of Petaluma, et al.*
U.S.D.C. Northern District of CA Case No. CV 11-0651 PJH

# CERTIFICATE OF SERVICE

I, John O'Rourke, declare that:

1. I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

2. I am readily familiar with the practice of Bertrand, Fox & Elliot for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

3. On **May 25, 2011**, I served the following document in said cause,

NOTICE OF APPEARANCE OF COUNSEL

on the following interested parties:

Benjamin Philip Cannon
1083 Vine Street #215
Healdsburg, CA 95448

4. Said service was performed in the following manner:

✓ **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

Executed **May 25, 2011**, at San Francisco, California.

　　　　　　　　　　　　　　　　　　_/s/ John O'Rourke_
　　　　　　　　　　　　　　　　　　　　John O'Rourke

2

CERTIFICATE OF SERVICE
*Cannon v. City of Petaluma, et al.*
U.S.D.C. Northern District of CA Case No. CV 11-0651 PJH