UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PHILIP CANNON,

    Plaintiff,

    v.

CITY OF PETALUMA, et al.,

    Defendants.
_____/

No. C 11-0651 PJH

**ORDER DENYING REQUEST FOR LEAVE TO REGISTER AS AN E-FILER**

    Pro se plaintiff Benjamin Philip Cannon filed this action on February 11, 2011. He asserts claims under 42 U.S.C. § 1983 and state law against numerous defendants.

    On April 15, 2011, plaintiff filed an amended complaint and a request for leave to register as an e-filer. After the case was reassigned to the undersigned, the court issued an order directing plaintiff to file a declaration stating that he would comply with the Federal Rules of Civil Procedure, the Civil Local Rules of this court, and all other rules and orders of the court. Plaintiff filed the declaration on May 20, 2011.

    Also on May 20, 2011, the County of Sonoma defendants filed an administrative motion to extend the time to respond to the first amended complaint, because plaintiff had not yet served all the Sonoma defendants; to continue the initial case management conference, because plaintiff had failed to comply with the court's May 3, 2011 order setting the case management conference; and to temporarily stay discovery, because no initial disclosures have been made, because plaintiff had failed to meet and confer with

defendants regarding a discovery plan, and because plaintiff had improperly served subpoenas for documents on defendants Sonoma County Sheriff's Office and Sonoma County District Attorney's Office, in violation of the rules of civil procedure.

Plaintiff filed a response to the motion on May 25, 2011, in which he disputed some of defendants' assertions, and effectively conceded others.

The court finds that notwithstanding plaintiff's statement in the May 20, 2011 declaration that he would comply with all court rules and orders, he has thus far failed to do so. Accordingly, the request for leave to register as an e-filer is DENIED.

**IT IS SO ORDERED.**

Dated: May 27, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge