UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PHILLIP CANNON,

    Plaintiff,                 No. C 11-0651 PJH

    v.                          **ORDER**

CITY OF PETALUMA, et al.,

    Defendant.

_____/

The Sonoma defendants' request for an extension of time to file a response to the first amended complaint, request to continue the initial case management conference, and request to temporarily stay discovery is GRANTED, as follows.

1.     The time for the Sonoma defendants to file a response to the first amended complaint is extended to and through June 29, 2011.

2.     The initial case management conference, previously set for June 2, 2011, is continued to Thursday, August 4, 2011, at 2:00 p.m. All related dates are continued accordingly, and the parties shall file the joint case management conference statement one week prior to the conference, pursuant to the requirements of the Civil Local Rules.

3.     Pursuant to the Federal Rules of Civil Procedure, no discovery may be conducted without leave of court until after the initial case management conference, with the exception of the exchange of initial disclosures.

**IT IS SO ORDERED.**

Dated: May 27, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge