Benjamin P Cannon
1083 Vine St #215
Healdsburg, CA 95448
discovery@42usc1983.net
(650) 276-5466 fax



IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHILIP CANNON, an individual,<br><br>Plaintiff,<br>vs.<br><br>CITY OF PETALUMA, et al.<br><br>Defendants. | Case No: CV11 0651 PJH<br><br>**CASE MANAGEMENT STATEMENT.** |

1. Plaintiff Benjamin P Cannon prepares this "Joint" Case Management Statement ("CMC Statement") pursuant to Rule 26 on his own for the reasons set forth below.

2. Defendants, COUNTY OF SONOMA, CITY OF SONOMA, SONOMA POLICE DEPARTMENT, SONOMA COUNTY SHERRIF'S DEPARTMENT, SONOMA COUNTY DISTRICT ATTORNEY'S OFFICE, BILL COGBILL, JIM NAUGLE, CHRIS SPALLINO, ERIC HAUFLER, JESSE HANSHEW, SHAWN MURPHY, PERRY SPARKMAN, JAMES CASEY, BOB WANER, and STEPHEN PASSALACQUA (hereinafter the "Sonoma Defendants") have refused via counsel to Meet and Confer, citing inadequate time, and their recent request for entry of orders to extend time, as yet un-granted.

3. Defendant CHRISTINE BARNETT has not been served due to the above named defendants' refusal to disclose her identity.

4. Defendant SORINNE ARDELANU has not responded to a request to Meet and Confer.

5. Defendants PETALUMA POLICE DEPARTMENT, DAN FISH, JOHN SILVA, BERT WALKER, JASON JUCUTAN, and THE SONOMA SUN, are in default.

6. Plaintiff notes that the "Sonoma Defendants" have requested orders for more time to respond and to continue the CMC Statement, however Plaintiff is not yet in receipt of an Order, and

thus files this CMC Statement timely.

7. Plaintiff notes that he spoke with the Clerk this morning who stated that she was "working on" the Sonoma Defendants request but had not completed it yet.

8. Plaintiff thus files this CMC Statement unopposed, and in the hopes this is proper.

### JURRISDICTION AND SERVICE

9. Jurisdiction is proper under 28 U.S.C. § 1331, 1343, 1367, 2201, 2202 and 42 U.S.C. § 1983. Venue lies in this Court pursuant to 28 U.S.C. § 1391.

10. All parties have been served with the exception of CHRISTINE BARNETT, who's identity is being concealed by Defendants. Plaintiff also may identify certain DOE defendants as discovery proceeds.

### FACTS

The facts remain as plead in the First Amended Complaint, and thus are uncontested.

### LEGAL ISSUES

The Sonoma Defendants have attempted to raise certain legal issues in a request for orders for more time and to chill discovery. These legal issues are not properly raised, as such matters of law remain as plead in the First Amended Complaint and thus are uncontested.

### MOTIONS

11. The parties anticipate the filing of the following motions:

12. Plaintiff anticipates further difficulty in obtaining discovery from the municipal defendants and their agents, and thus may file one or more Motions to Compel Discovery.

13. Plaintiff anticipates filing a Motion for Summary Judgment.

### AMENDMENT OF PLEADINGS

14. Plaintiff anticipates that significant facts previously unknown to him may arise during discovery. Both witness and party identities, and the activities of those parties are still being concealed by Defendants. Plaintiff may need to amend his complaint a second time.

### EVIDENCE PRESERVATION

15. Plaintiff represents that reasonable steps have been taken to preserve evidence relevant to the issues in this case, and that he has served Requests to Defendants instructing them of same.

## DISCLOSURES

16. Plaintiff will serve his initial disclosures as directed by the court. Defendants have not responded.

## DISCOVERY

17. The Sonoma Defendants are attempting to chill discovery, obstructing amongst other things, obtaining the identity of defendant CHRISTINA BARNETT, and of the DOEs named.

18. Discovery is necessary to obtain the party's identity or identities, acts of parties that may cause new claims to arise against named and as-yet-unnamed parties.

## CLASS ACTION

19. This is not a Class Acton.

## RELATED CASES

20. There are no related cases or proceedings pending before another Judge of this Court or before another Court or administrative body.

## RELIEF

21. Plaintiff seeks relief as pleaded in his First Amended Complaint.

## SETTLEMENT AND ADR

22. Plaintiff does not anticipate that this matter may be settled by ADR, none of the Defendants have responded to the ADR notices they were served with along with the SUMMONS, FIRST AMENDED COMPLAINT, and COMPLAINT.

## CONSENT TO MAGISTRATE JUDGE

23. Plaintiff has already filed and was granted his request to proceed before a US District Judge.

OTHER REFERENCES

24. Plaintiff states that this case is not suitable for reference to binding arbitration or any other reference.

## NARROWING OF ISSUES

25. Plaintiff believes that a Motion for Summary Judgment may narrow issues.

## EXPIDITED SCHEGULE

26. Due to outstanding discovery issues, Plaintiff does not believe that this is the type of case

| | |
|---|---|
| 1 | that can be handled on an expedited basis with streamlined procedures at this time. |
| 2 | SCHEGULING |
| 3 | Plaintiff submits the following schedule to this Court in relation to discovery, motions, |
| 4 | designation of experts, and pretrial conference and trial: |

| | | |
|---|---|---|
| 5 | Discovery to begin: | May 27, 2011. |
| 6 | Discovery Cutoff: | September 8, 2011 |
| 7 | Amendment of Pleadings Cutoff: | October 8, 2011 |
| 8 | Dispositive Motion Hearing Cutoff: | November 26, 2011 |
| 9 | Final Pre trial Conference: | December 1, 2011 |
| 10 | Trial: | Jan 15, 2011. |

13  27. I, Benjamin Philip Cannon declare under penalty of perjury that the forgoing is true and
14  correct.

16  Date: May 27, 2011

By: /s/ Benjamin Philip Cannon
Benjamin Philip Cannon

CASE MANAGEMENT STATEMENT - Page 4 of 4