

Benjamin P Cannon
1083 Vine St #215
Healdsburg, CA 95448
discovery@42usc1983.net
(650) 276-5466 fax

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHILIP CANNON, an individual,<br><br>    Plaintiff,<br>vs.<br><br>CITY OF PETALUMA, et al.<br><br>    Defendants. | Case No: CV11 0651 PJH<br><br>**DECLERATION OF NICHOLAS HARRIS IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

1. I, Nicholas Harris declare under penalty of perjury that the following is true and correct.

2. This declaration is made from my own personal knowledge, and if called as a witness, I would be competent to testify to those facts contained herein.

3. I am a US Citizen, over the age of 18, and not a party to this action.

4. On May 5, 2011 I served the following documents (SUMMONS IN A CIVIL ACTION U.S. DISTRICT COURT NORTHERN CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; COMPLAINT; ORDER ON PETITION FOR FINDING OF FACTUAL INNOCENCE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; FIRST AMMENDED COMPLAINT.

5. Upon the following Defendants or their Agents:
    a. Defendant Petaluma Police Department
    b. Defendant Dan Fish

Declaration of Nicholas Harris in Support of Request for Entry of Default - Page 1 of 8

   c. Defendant John Silva
   d. Defendant Bert Walker
   e. Defendant Jason Jucitan
   f. Defendant The Sonoma Sun

6. On or about that same date, I executed Proof of Service Affidavits, scanned them and emailed them to Plaintiff Benjamin Philip Cannon and subsequently mailed the originals to the Court for filing. Attached and incorporated into this document is a true and correct copy of those Affidavits.

Date: May 27, 2011

By: /s/Nicholas Harris
Nicholas Harris

AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Petaluma Police Department__
was received by me on *(date)* __5/5/11__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Sue Grant__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Petaluma Police Department__
on *(date)* __5/5/11__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __⊗__ for travel and $ __⊗__ for services, for a total of $ __⊗__.

I declare under penalty of perjury that this information is true.

Date: __5/9/11__

_____
Server's signature

__Nicholas G. Harris__
Printed name and title

__714 H St. Petaluma CA 94952__
Server's address

Additional information regarding attempted service, etc:

Declaration of Nicholas Harris in Support of Request for Entry of Default - Page 3 of 8

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dan Fish
was received by me on *(date)* 5/5/11 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sue Grant , who is
designated by law to accept service of process on behalf of *(name of organization)* ~~Sergeant~~
~~Petaluma~~ Petaluma Police Department, Dan Fish on *(date)* 5/5/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 5/9/11        _____
                    *Server's signature*

                    Nicholas G Harris
                    *Printed name and title*

                    714 H St. Petaluma CA
                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __John Silva__

was received by me on *(date)* __5/5/11__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Sue Grant__, who is
designated by law to accept service of process on behalf of *(name of organization)* __~~Respondent~~ Petaluma
Police Department, John Silva__ on *(date)* __5/5/11__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

Date: __5/9/11__

_____
Server's signature

__Nicholas G. Harris__
Printed name and title

__714 H St. Petaluma CA 94952__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bert Walker__
was received by me on *(date)* __5/5/11__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Sue Grant__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Petaluma Police Department, Bert Walker__, on *(date)* __5/5/11__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __⌀__ for travel and $ __⌀__ for services, for a total of $ __⌀__ .

I declare under penalty of perjury that this information is true.

Date: __5/9/11__

_____
Server's signature

__Nicholas G. Harris__
Printed name and title

__714 H St. Petaluma CA__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **The Sanoma Sun**
was received by me on *(date)* **5/5/11**

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Val Robichaud**, who is
designated by law to accept service of process on behalf of *(name of organization)* **The Sonoma Sun**
on *(date)* **5/5/11** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **5/9/11**

*Server's signature*

**Nicholas G. Harris**
*Printed name and title*

**714 H St. Petaluma CA**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jason Juchtan
was received by me on *(date)* 5/5/11.

☐ I personally served the summons on the individual at *(place)* _____
   _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sue Grant, who is
   designated by law to accept service of process on behalf of *(name of organization)* Petaluma
   Police Department, Jason Juchtan on *(date)* 5/5/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 5/9/11

_____
Server's signature

Nicholas G. Harris
Printed name and title

714 H St. Petaluma CA
Server's address

Additional information regarding attempted service, etc:

Declaration of Nicholas Harris in Support of Request for Entry of Default - Page 8 of 8