AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV11-0651 EMC PJH

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

FILED
2011 MAY 27 P 12: 14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

This summons for *(name of individual and title, if any)* SORRINNE FRIEDA ARDELEANU
was received by me on *(date)* April 29, 2011.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I left the summons at the individual's usual place of employment with HARRY JUNG/OWNER, a person of suitable age and discretion who is in charge, on May 24, 2011 at 11:30 a.m., and mailed a copy to the individual's last known address.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 1/11 .

I declare under penalty of perjury that this information is true.

Date: 5/25/2011

*Server's signature*

ANDY ESQUER, PROCESS SERVER

*Printed name and title*
S&R Services
903 Sneath Lane #227
San Bruno, CA 94066
www.srprocessservice.com

*Server's address*

Additional information regarding attempted service, etc: