**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  510.637.3530

June 2, 2011

RE:  CV 11-00651 PJH   Cannon-v- City of Petaluma

Default is declined as to Petaluma Police Department, Dan Fish, John Silva, Bert Walker, Jason Jucitan, and Sonoma Sun on June 2, 2011.

RICHARD W. WIEKING, Clerk

*V Kyono*

by:  Valerie Kyono
Case Systems Administrator