UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNON et al,<br><br>                    Plaintiff,<br><br>    v.<br><br>CITY OF PETALUMA et al,<br><br>                    Defendant.<br>_____/ | Case Number: CV11-00651 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin Philip Cannon
1083 Vine Street #215
Healdsburg, CA 95448

Dated: June 2, 2011

Richard W. Wieking, Clerk

*Vkyono*

By: Valerie Kyono, Deputy Clerk