Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Kimberly M. Drake, Esq. (SBN: 209090)
kdrake@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000/Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF PETALUMA (erroneously sued as PETALUMA POLICE DEPARTMENT), DAN FISH, JOHN SILVA, BERT WALKER and JASON JUCUTAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CANNON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF PETALUMA, et al.,<br><br>　　　　　Defendants. | Case No: C 11-0651 PJH<br><br>JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS |

Plaintiff BENJAMIN CANNON, in pro per, and Defendants CITY OF PETALUMA (erroneously sued as PETALUMA POLICE DEPARTMENT), DAN FISH, JOHN SILVA, BERT WALKER and JASON JUCUTAN, by and through their attorneys of record, hereby agree to continue the hearing on City Defendants' motion to dismiss Plaintiff's complaint, currently scheduled for July 6, 2011, to July 27, 2011, or the next available date convenient to the parties and the Court, to accommodate Plaintiff, who recently had a death in the family.

IT IS SO STIPULATED.

Dated: June 20, 2011

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/
Kimberly M. Drake
Attorneys for Defendant
CITY OF PETALUMA (erroneously sued as PETALUMA POLICE DEPARTMENT), DAN FISH, JOHN SILVA, BERT WALKER and JASON JUCUTAN

Dated: June 20, 2011

By: _____
Benjamin Cannon
Plaintiff, in Pro Per

## ORDER

Pursuant to joint stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. The July 6, 2011 hearing on City Defendants' motion to dismiss the Plaintiff's complaint is hereby VACATED;

2. The hearing on City Defendants' motion to dismiss the Plaintiffs' complaint is reset for July 27, 2011, at 9:00 a.m., in Courtroom 3 - 3rd Floor, 1301 Clay Street, Oakland, California;

3. Plaintiff's opposition papers, if any, shall be filed and served by July 6, 2011. City Defendants' reply papers, if any, shall be filed and served by July 13, 2011.

IT IS SO ORDERED.

Dated: 6/22/11

HON. PHYLLIS J. HAMILTON
United States District [Judge]

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*