**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

June 29, 2011

RE:  CV 11-00651 PJH          Cannon-v- City of Petaluma

Default is entered as to The Sonoma Sun on June 29, 2011.

RICHARD W. WIEKING, Clerk

by Valerie Kyono  
Case Systems Administrator

NDC TR-4  Rev. 3/89