**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____
www.cand.uscourts.gov

Richard W. Wieking                                   General Court Number
Clerk                                                        510.637.3530

June 29, 2011

RE:  <u>CV 11-00651 PJH </u>          <u>Cannon-v- City of Petaluma</u>

Default is declined as to City Defendants on June 29, 2011.

RICHARD W. WIEKING, Clerk

by:  <u>Valerie Kyono</u>
Case Systems Administrator