FILED
JUN 28 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ORIGINAL FILED
2011 MAY 27 P 12:14
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT


AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 11 - 0651 EMC

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SORRINNE FRIEDA ARDELEANU
was received by me on *(date)* April 29, 2011.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I left the summons at the individual's usual place of employment with HARRY JUNG/OWNER, a person of suitable age and discretion who is in charge, on May 24, 2011 at 11:30 a.m., and mailed a copy to the individual's last known address.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 1/11.

I declare under penalty of perjury that this information is true.

Date: 5/25/2011

*Server's signature*

ANDY ESQUER, PROCESS SERVER
*Printed name and title*
S&R Services
903 Sneath Lane #227
San Bruno, CA 94066
www.srprocessservice.com
*Server's address*

Additional information regarding attempted service, etc:



BEN CANNON
1083 VINE ST., #215
Healdsburg CA 95448

| Tuesday May 24, 2011 | INVOICE | BECAN.33835 |

Case #: CV11 0651 EMC
Court: UNITED STATES DISTRICT COURT - NORTHERN DISTRICT
Title: BENJAMIN PHILIP CANNON vs. CITY OF PETALUMA
Documents: SUMMONS IN A CIVIL ACTION; U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; COMPLAINT; ORDER ON PETITION FOR FINDING OF FACTUAL INNOCENCE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; FIRST AMMENDED COMPLAINT.

| Date | Description | Amount |
|---|---|---|
| 05/24/11 11:30AM | Substituted Service: SORRINNE FRIEDA ARDELEANU, AT Business HARRY JUNG CPA 90 MONTGOMERY ST. STE. 750 San Francisco, CA 94104, by serving: HARRY JUNG, OWNER<br>Asian, Male, 50yrs., Black hair, Brown eyes, 5'10", 180lbs., by leaving a copy of the Documents with: HARRY JUNG, OWNER, Served By: Andy Esquer.<br><br>Mailed Copy Of Documents To: SORRINNE FRIEDA ARDELEANU. | |
| 04/29/11 | Deposit On Services  Check Number: CC, Thank You! | -92.25 |
| 05/24/11 | PROCESS SERVICE | 55.00 |
| 05/24/11 | PROCESS SERVICE | 55.00 |
| 05/24/11 | FILE PROOF OF SERVICE WITH COURT | 10.00 |
| 05/24/11 | ATTEMPT SERVICE/BAD ADDRESS | 25.00 |
| 05/24/11 | Copy,  109.00 Copies, at $.25 | 27.25 |
| 05/24/11 | Copy,  109.00 Copies, at $.15 | 16.35 |
| 05/25/11 | Payment, Check Number: cc, Thank You! | -96.35 |
| **PLEASE PAY FROM THIS INVOICE** | | **0.00** |