**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. WiekingGeneral Court Number
Clerk510.637.3530

June 30, 2011

RE: CV 11-00651 PJHCannon-v- City of Petaluma

Default is declined as to Sorinne Ardelanu on June 30, 2011.


RICHARD W. WIEKING, Clerk

by: Valerie Kyono
Case Systems Administrator