Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Kimberly M. Drake, Esq. (SBN: 209090)
kdrake@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000/Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF PETALUMA (erroneously sued as PETALUMA POLICE DEPARTMENT), DAN FISH, JOHN SILVA, BERT WALKER and JASON JUCUTAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHILLIP CANNON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PETALUMA, et al.,<br><br>    Defendants. | Case No: C 11-0651 PJH<br><br>**CITY DEFENDANTS' REPLY REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>DATE:   July 27 (reset)<br>TIME:   9:00 a.m.<br>DEPT.:  Courtroom 3 - 3rd Floor<br>JUDGE:  Honorable Phyllis J. Hamilton |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendants City of Petaluma, Chief Dan Fish and Petaluma Police Officers John Silva, Bert Walker and Jason Jucutan (hereinafter collectively "City Defendants") respectfully request that this Court take judicial notice of the following exhibit submitted concurrently with City Defendants' reply brief in support of their motion to dismiss Plaintiff's First Amended Complaint pursuant to Federal Rules of Evidence, Rule 201(f):

**Exhibit B**     June 14, 2010 claims response letter and notice of insufficiency to Benjamin Cannon from Ron Blanquie, Risk Manager, City of Petaluma.

Judicial notice may be taken of official records along with the complaint when deciding a motion to dismiss for failure to state a claim. *MGIC Indem. Corp. v. Weisman* (9th Cir. 1986), 803 F.2d 500, 504. Judicial notice may be taken of official public records. Fed. R. Civ. P. 201; *Intri-Plex Technologies, Inc. v. Crest Grou* (9th Cir. 2007) 499 F.3d 1048, 1052 (matters of public record). The Court may take judicial notice of the attached exhibit because it is an official public record of the City of Petaluma.

Dated: July 11, 2011              Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON


By:_____/S/_____
    Kimberly M. Drake
    Attorney for Defendants
    CITY OF PETALUMA (erroneously sued as
    PETALUMA POLICE DEPARTMENT), DAN
    FISH, JOHN SILVA, BERT WALKER and
    JASON JUCUTAN

# EXHIBIT B



# CITY OF PETALUMA
POST OFFICE BOX 61
PETALUMA, CA 94953-0061

**Pamela Torliatt**
*Mayor*

**Teresa Barrett**
**David Glass**
**Mike Harris**
**Mike Healy**
**David Rabbit**
**Tiffany Renée**
*Councilmembers*

June 14, 2010

Benjamin Cannon
C/O Law Offices of Arthur C. Chambers
2095 Van Ness Avenue
San Francisco, CA 94109

RE:  Claimant:      Benjamin Cannon
     Date of Loss:  February 11, 2010
     File No.:      028-1842-000

Dear Mr. Cannon:

PLEASE TAKE NOTICE AS FOLLOWS: The claim you presented against the governing body of the City of Petaluma fails to comply substantially with the requirements of California Government Code Sections 910, 910.2 and 910.4, or is otherwise insufficient for the reason(s) noted below. Your claim will not be accepted for filing for the reason(s) noted below, and, therefore, will not be considered on its merits by the City of Petaluma.

The claim fails to state the date, place or other circumstances of the occurrence, event or transaction, which gave rise to the claim being asserted.

The claim fails to state a cause of action against the public entity, or a reason for believing the entity may be liable for damages claimed.

The claim fails to state the name(s) of the public employee(s) causing the injury, damage or loss, if known.

WARNING: You may amend your claim and present it to the governing body of the City of Petaluma at any time before the expiration of six months/one year (six months if your claim is for injury to person, death, or damage to personal property; one year if your claim is for other damages) from the date of accrual of your cause of action or before final action on your claim is taken by the City of Petaluma, whichever is later. (See Government Code Sections 910.6 and 910.8.) You may seek the advice of any attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

Ron Blanquie
Risk Manager
707-776-3695
rblanquie@ci.petaluma.ca.us

cc:  Eric Danly, City Attorney

**City Manager's Office**
11 English Street
Petaluma, CA 94952

Phone (707) 778-4345
Fax (707) 778-4419
E-Mail
citymgr@ci.petaluma.ca.us

**Human Resources**
Phone (707) 778-4534
Fax (707) 778-4539
E-Mail
Humanresources@
ci.petaluma.ca.us

**Information Technology**
Phone (707) 778-4417
Fax (707) 776-3623
E-Mail
it@ci.petaluma.ca.us

**Risk Management**
11 English Street
Petaluma, CA 94952
Phone (707) 776-3695
Fax (707) 776-3697
E-Mail
riskmgt@ci.petaluma.ca.us

PROOF OF SERVICE BY MAIL (CCP Sec. 1013(a)-2015.5)

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 1304 Southpoint Blvd., Suite 270, Petaluma, California 94954.

On June 14, 2010, I served the Claims Response Letter pursuant to Government Code on the interested parties by depositing a true copy thereof in a sealed envelope with postage prepaid thereon, in the United States mail at Petaluma, California, addressed as follows:

Benjamin Cannon
C/O Law Offices of Arthur C. Chambers
2095 Van Ness Avenue
San Francisco, CA 94109

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 14th day of June 2010, at Petaluma, California.

*Jolene Rossotti*
Jolene Rossotti