UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PHILIP CANNON,

    Plaintiff,

    v.

CITY OF PETALUMA, et al.,

    Defendants.

_____/

No. C 11-0651 PJH

**ORDER CONTINUING HEARING DATE**

    PLEASE TAKE NOTICE that the date for the hearing on the Petaluma defendants' motion to dismiss, previously set for July 27, 2011, has been CONTINUED to Wednesday, August 10, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 22, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge