1  Benjamin P Cannon
   1083 Vine St #215
2  Healdsburg, CA 95448
   discovery@42usc1983.net
3  (650) 276-5466 fax

4  Case No: CV11 0651 PJH



**FILED**

JUL 2 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND CALIFORNIA

5

6  Dear Honorable Judge Hamilton,

7  I write you today concerning the issue of Default of Sorinne Ardeleanu in the above named case.

8  Ms. Ardeleanu attempted to evade service, refusing to answer the door at home for my

9  Registered Process Server, and going so far as to encourage her employer to commit Fraud upon

10 the Court by sending you a letter claiming she "Is not at this address." When she is in fact

11 employed by Mr. Jeung. (see documentation below to that effect.)

12

13 This is not the first time Ms. Ardeleanu has evaded service. In early 2011 her boyfriend Bradly

14 Johnson obtained a Temporary Restraining Order against her, and attempted to serve it upon her

15 at her home address. Ms. Ardeleanu publically boasted on the internet of her attempts to evade

16 that service. Mr Johnson's server (unknown if that server was a Registered process server)

17 ended up sliding the document under her door. I cannot comment on the validity of that service,

18 however I can say that in my case I hired a Registered Process server who effected proper

19 Substitute Service on Ms. Ardeleanu, and that Ms. Ardeleanu is aware of this Complaint and

20 First Amended Complaint, as they were served together.

21

22 Attached below is the declaration and Motion for Default I sent to the clerk's office. The clerk

23 denied the default due to the letter from Harry Jueng on file.  If necessary I will depose Mr.

24 Jeung as to the employment status of Ms. Ardeleanu, and subpoena him to testify at a Default

25 hearing.

26 I wanted to write you first, at the suggestion of the District Court Clerks' office, and with the

27 understanding that you cannot give me legal advice, to seek any remedy or guidance as you may

28 be able to offer as the proper way to proceed. In this case, should you deem it proper, an Entry

1  of Default would be sufficient to help me avoid wasting the court's time further.

2

3  Thank you for your consideration.

4  -Benjamin P Cannon.

5  In pro per.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Benjamin P Cannon
1083 Vine St #215
Healdsburg, CA 95448
discovery@42usc1983.net
(650) 276-5466 fax

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PHILIP CANNON, an individual,

           Plaintiff,

vs.

CITY OF PETALUMA, et al.

        Defendants.

Case No: CV11 0651 PJH

**MOTION AND DECLERATION
OF BENJAMIN CANNON FOR ENTRY
OF DEFAULT AGAINST
DEFENDANT SORINNE ARDELEANU**

1. I, Benjamin P Cannon declare under penalty of perjury that the following is true and correct.

2. This declaration is made from my own personal knowledge, and if called as a witness, I would be competent to testify to those facts contained herein.

3. During the April, 2011, I investigated Sorinne Ardeleanu, an individual living in San Francisco, CA.

4. On April 11, 2011, Ardeleanu posted to her blog regarding a Restraining Order that was taken out against her. (see **Exhibit A** attached and incorporated)   The post contained an account of Ardeleanu attempting to evade service, "he had a friend slide it under my door" as well as case number, "FDV-11-808495".

5. On April 28, I went to the San Francisco Courthouse and obtained a copy of the DV-110 form (see **Exhibit B** attached and incorporated)  containing Ardeleanu's current address of 1840 Clay St #301, San Francisco, CA 94109.

6. I called Ardeleanu's counsel of record in that case, Steve Whitworth, to ask him if he would

Letter to Judge Hamilton re Default of Sorinne Ardeleanu - Page 3 of 17

accept service of process on behalf of his client.  Mr. Whitworth rudely declined, and refused to speak with me any further.

7. On April 28, I retained Andy Esquer, a Registered process server, Registration #1009 of S&R Services of San Francisco to effect service on Ardeleanu.  For nearly a month, Andy attempted to serve Ardeleanu, often reaching her on the phone and confirming her correct address, only to have her not answer the door.  Often persons were heard to be moving around inside, dogs were barking, and there were other signs of habitation (see **Exhibit C** attached and incorporated.)

8. At this time, I located Ardeleanu's LinkedIn page at: http://www.linkedin.com/in/sorinne where she lists herself employed as "*Enterprise Zone Coordinator at Harry Jeung, CPA*". I located the offices of Harry Jeung, CPA first at 595 MARKET ST., #1180  San Francisco CA 94105.  Mr. Esquer attempted service for 3 days, however the business was closed.  I then called the phone number listed for Harry Jeung, CPA, and his receptionist told me he had recently moved to 90 MONTGOMERY ST. STE. 750  San Francisco CA 94104. During this call I asked if Ardeleanu worked there, the receptionist replied "yes".

9. Substitute service for Sorinne Ardeleanu was effected by Mr. Esquer upon Harry Jeung, CPA at 90 MONTGOMERY ST. STE. 750  San Francisco CA 94104 and a copy was mailed by Mr. Esquer to Ardeleanu's last known address of 1840 Clay St #301, San Francisco, CA 94109 on May 24, 2011.

10. A proof of service is on file with the Court. (see **Exhibit D** attached and incorporated.)

11. Under California law, substituted service in this manner customarily adds 10 days to the 20 days allowed to respond, fixing a response date no later than June 23, 2011.

12. As of June 24, 2011 there is no responsive pleading on file.

Date: June 24, 2011

Letter to Judge Hamilton re Default of Sorinne Ardeleanu - Page 4 of 17

By: /S/Benjamin Philip Cannon
Benjamin Philip Cannon

**CERTIFICATE OF SERVICE**

The undersigned certifies that the forgoing was filed with the Clerk of the Court and served on all parties as indicated below.

Electronically to:

1. The "Sonoma Defendants" (The County of Sonoma (including the Sonoma County Sheriff's Office); the City of Sonoma (including the Sonoma Police Department); former Sonoma County Sheriff-Coroner William Cogbill; Sonoma County Sheriff's Deputies James Naugle, Christopher Spallino, Eric Haufler, Jesse Hanshew, Shawn Murphy, and Perry Sparkman; former Sonoma County District Attorney Stephan Passalacqua; and Sonoma County Deputy District Attorneys James Casey and Robert Waner. (Via their counsel of record, Anne Keck AKECK@sonoma-county.org and rosman@bfesf.com)

2. Defendants City of Petaluma, Petaluma Police Department, Dan Fish, John Silva, Bert Walker, Jason Jucitan (Via their counsel of record Kimberly Drake kdrake@meyersnave.com and Kim Colwell kcolwell@meyersnave.com)

3. Defendant Sorinne Ardeleanu - (Via sorinne@yahoo.com)

4. Defendant The Sonoma Sun- (Via news@sonomasun.com)

Date: June 24, 2011

By: /S/Benjamin P Cannon
Benjamin P Cannon

# Exhibit "A"

http://sprvxn.tumblr.com/post/4445645048/donations-helpful#disqus_thread

### Donations helpful

A lot of you don't know what's actually been going on in my life, but I have been borrowing thousands of dollars to clear my name against my ex boyfriend who served me with a temporary restraining order a few weeks ago.

Here's the truth and nothing but the truth, which I am legally allowed to share (First Amendment) at my discretion. A few weeks ago, just after my return into the United States, my ex filed a temporary restraining order against me. I believe he did this because I had undeniable evidence that he was/is a fraud and pathological liar and I started to expose him to our mutual friends & business associates, practically people he owed thousands to tens of thousands of dollars to. He couldn't serve me with a cease & desist since I was not spreading libel or slander (I have everything documented). In my opinion, this was his desperate attempt to try to silence me. It didn't work. It made me more curious to learn the truth, and I will say I'm surprised and disappointed at how oblivious I was as to who I was sheltering under my roof and loving in my bed and heart for two and a half years.

The way my ex served me, wasn't technically considered a serving, but I was glad he did because it opened a new door for me where I could legally expose him in court and there was no way he could alter the information recorded at our hearing. He had a buddy of his slide the TRO under my door and it was missing DV-100, which is the form that shows his allegations against me. My 1st attorney contacted his attorney several times to receive this form to no avail. I had to hunt it down at the court house. I understand why he didn't want me to see this form, it was all lies and very unprofessionally written by his attorney. My understanding is it's against the law to not provide this form when serving someone with a TRO.

Just so you know, anyone and their grandma can get a temporary restraining order. They have to write the right words down and the judge will issue an emergency hearing at a very near date, for us it was supposed to be April 6, 2011. Also, if someone that is guilty files a temporary restraining order against an innocent person it actually makes the innocent person's life difficult because they have to spend money to defend their innocence and credibility, which is what happened to me. (Just 'google' expose + con artist + temporary restraining order and you can learn about many other men like this.) I had no desire to go down the legal path, but once we started I was thankful. I worked with about 7 different attorneys in the past month, until picking my current one. All the TRO meant to me was that I had to stay 100 yards, or about 1 city block, away from my ex, which was not a problem for me as I had and still have no desire to be around him.

So fast forward to April 5, 2011. My new attorney finally gets contact from my ex's attorney. This is less than

.

1   24 hours prior to our scheduled hearing. By law any evidence for the case had to be submitted 2 days prior to

2   the hearing and I had submitted my declarations to both the judge and my ex's attorney. My ex did not submit

3   anything. My guess is he didn't think I'd take it seriously and I would want to settle before our hearing date

4   and just go away quietly. On April 5, his attorney wanted to settle with mine to avoid the hearing the next

5   morning. See, my ex committed perjury in order to obtain the TRO against me. He didn't have any evidence to

6   support his allegations, so by exposing himself to a judge he risked the possibility of being called out for his

7   lies, wasting her time, wasting my time & resources, as well as potentially committing more perjury to back

8   up his original lies. I don't know what the punishment is, but I was looking forward to finding out.:) I was so

9   excited to go to court. I think I had the biggest smile I've had in a while. I had/have nothing to hide. I'm very

    transparent.

10  The day of our hearing I showed up with my friends, family, & team 10 minutes prior to our hearing. My ex

11  showed up late, as usual, whistling nervously down the hall from us at another bench. I didn't look at him

12  once. I was so happy to have wonderful people around me that were witnesses to the truth and could go out

    into the world and share it with others that should know.

13  Our attorneys went back and forth. My ex had made a list of people he didn't want me to contact with

14  negative information about him. I had made a similar list the evening before of people I wanted him to go

15  back to and to tell them the truth about me. (I had found out that he was defaming me privately and publicly

16  all along, not just recently, but over the years, by telling people lies about me such as; I'm a head case, he

17  cheated on me, I'm whacko, I'm violent towards him and my dogs, I threatened him, I'm controlling, I bring

18  women home for him/us, and who knows what else. I believe by those actions he was trying to make me

19  lose credibility with our mutual friends and business associates. Unfortunately, it actually worked with a lot

20  of people.) Ironically, but not surprising, we had a lot of the same names on our lists. Part of his settlement

21  was to pay me back money he owes me for 3 months rent; Dec 2008 through Feb 2009, money he owes me

22  for the 2 dogs I got him and his mother - including their medical expenses, as well as other more personal

23  expenses I covered that he had promised to pay back or split the cost with me on. My attorney and team

24  suggested that I take this settlement since it was the most likely way to get any of my money back and for

    things to be right in my world again. There was a disconnect in what he thought he should pay me back,

    versus what he actually owed me so I requested more time to gather receipts to get the total, including my

    legal fees.

25  About an hour after we left the courthouse he started posting on his facebook gloating & lying publicly that

26  the albatross around his neck was removed and that everything was bon! In my opinion, the only thing he had

27  to celebrate was avoiding facing a judge that could easily figure out what kind of person he is and whatever

28  punishment she would decide is appropriate for him. What saddened me about this post was that I got to see

who my real friends were. I saw my previous ex boyfriend from 2008 (he divorced his wife of 30 years to be with me because I was not comfortable dating a married man) giving him thumbs up, and I saw one of my mentors encouraging him after he told me just a couple days earlier that he wouldn't take sides and I caught him in a lie about one of my dogs. There were people giving him pats on the back and praise that I had trusted, admired, and even loved at certain times in my life until now. I'm glad I got to see who my real friends are not. What's even sadder is that he has no idea who his real friends are, since they are still looking out for me. I also found out that he made calls, also almost immediately, after he left the courthouse continuing to defame me privately to mutual business associates and friends. He essentially violated the agreement our attorneys made between each other within an hour of making the agreement!

I slept on that information for a day, and yesterday morning, one day after this agreement was made, I posted a little blurb about the truth and thanking my friends on my blog and facebook. Shortly after I get a call from my attorney upset at me that I violated the agreement he made with my ex's attorney. See what happened is that my ex must have conveniently forgotten to mention to his attorney what he had been doing that violated our agreement immediately after it was made, prior to my honest posts, which deemed the agreement null and void. I'm glad my ex continued to lie and brag. I'm embarrassed to admit that I almost agreed to sell out and now I realize that would have been the worst mistake I could ever make. I didn't sign anything. I didn't shake any hands. I got to keep my voice. I can share the truth with anyone I want to whenever I want to. I get to exercise the 1st Amendment that my father risked his life for when he defected to this country in the 1970s from Romania.

I doubt I will get the thousands of dollars my ex owes me back as well as reimbursed for my legal fees defending myself in this frivolous suit he brought against me. He told a friend of mine on March 12, 2011 that he was $300k in debt and just yesterday Bank of America called me looking for him as he owes them thousands of dollars as well. Apparently he listed my cell phone number as his home phone number. They've called his cell phone, but he doesn't answer their calls. Even if I can get him to agree to an amount that he owes me, he could declare bankruptcy one hour later and be clear of it all. So there is no guarantee to me regardless of what we agree on. In the past he has bragged to me and our mutual friends that he owns a numbers matching Porsche 550 Spyder in Kentucky that he bought about 12 years ago for $100k-$120k (the price he paid has varied as I've heard him share the story with different people over the years). I've taken photos of the car in person and will post them up later to get opinions if it's the real deal or not. In 2010 he was considering bankruptcy because he had about $250k in debt to various individuals and creditors for his past failed business ventures. He wanted to transfer the title of his Porsche to his father so that he could protect his only asset. I understand that if he tries to do that now it will raise red flags, especially considering the legal trail he has created around our circumstances. If he decides to give it to me as settlement, I get to keep it though without any issues.

So where I am today, is that I have borrowed thousands of dollars from a few friends to help deal with this legal drama that my ex created, and I have not had an income since September 2009 by choice. (I needed to take a break and figure out what direction to go in next after being disappointed several times by the unethical leaders in the car sales industry.) I have been selling stocks to support myself and my ex during this time (and paying capital gains). I went on disability for several months in September 2009, under the advise of two unrelated doctors, because I was so depressed about my home and work life that they were affecting my ability to function in day to day life. My ex moved in with me in December of 2008, we started dating in October 2008, and didn't move out until I kicked him out in January of 2011 when I finally started catching on to too many of his lies and got fed up with his disrespectful behavior towards me; his biggest fan & supporter.

I went on anti-depressants around August of 2009 and had tried various ones and various doses under the supervision of two doctors. Nothing seemed to work. I stopped taking anti-depressants a few weeks ago without any issues. I started being happy when I left the country in March 2011. I realized that what was making me unhappy was the way my ex treated me. No pill could make him go away. I had to stand up for myself and kick him out of my life. Ever since then things have been going wonderfully well for me. Unfortunately for the past month I have been spending most of my energy dealing with this negative stuff so I haven't even been able to go into work so I can start earning an income again or focus on projects I have been invited to be a part of. :( Fortunately my boss has been aware of the circumstances and very understanding and supportive of me. I also haven't been able to live my life. I usually have less than 40 emails in my inbox, but as of right now I have 1,542 emails to manage and take appropriate action on.

I am asking for anyone that is in a position to donate, to give whatever you can. Every little bit will help me settle my loans to my friends sooner so I can move on with my life. I have set up a donation process where anyone can donate without setting up a paypal account. I understand that this is a lot of negative energy and most people don't want to be involved in the drama so you may not want to risk being exposed as a supporter, I will not be sharing any names publicly or privately of people that wish to help me. I just want to move on with my life so that I can focus on helping others and shining bright again. It's my time finally. :)

Sincerely,

Sorinne Ardeleanu

**ps. If you take a look at the other people with hearings the same day as ours, no one else had attorneys and this was the only case where the man was the moving party against the woman. Kind of peculiar, don't you think?**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Superior Court of California County of San Francisco**

**FAMILY LAW CALENDAR**

**WEDNESDAY APR-06-2011**

**COURTROOM 210 JUDGE LILLIAN SING**

**9:00 AM**

1)  FDV-11-808495 LAWRENCE BRADFORD JOHNSON VS. SORINNE FRIEDA ARDELEANU
PETITIONER LAWRENCE BRADFORD JOHNSON REPRESENTED BY JONATHAN FRIED
RESPONDENT SORINNE FRIEDA ARDELEANU REPRESENTED BY STEVE WHITWORTH
DOMESTIC VIOLENCE B
MOVING PARTY PETITIONER LAWRENCE JOHNSON

2)  FDV-11-808501 LARRY PIERCE VS. LARRY PIERCE JR
LARRY PIERCE
NO PETITIONER ATTORNEY FOUND
DOMESTIC VIOLENCE B
MOVING PARTY PETITIONER LARRY PIERCE

3)  FDV-11-808503 ROSA MORALES VS. LESTER MANUEL MONGALO
ROSA MORALES MARTHA MONGALO (GAL)
NO PETITIONER ATTORNEY FOUND
DOMESTIC VIOLENCE B
MOVING PARTY PETITIONER ROSA MORALES

4)  FDV-11-808504 MONIKOA DE LA ZERDA VS. DAVID HOBS
MONIKOA DE LA ZERDA
NO PETITIONER ATTORNEY FOUND
DOMESTIC VIOLENCE B
MOVING PARTY PETITIONER MONIKOA ZERDA

5)  FDV-11-808507 ASHLEY ELIZABETH MANNINA VS. TIMOTHY JUDE FARRELLY JR
ASHLEY ELIZABETH MANNINA
NO PETITIONER ATTORNEY FOUND
TIMOTHY JUDE FARRELLY
NO RESPONDENT ATTORNEY FOUND
DOMESTIC VIOLENCE B
MOVING PARTY PETITIONER ASHLEY MANNINA

6)  FDV-11-808508 ROXANA DAVID VS. JOSEPH A. BARNETT
ROXANA DAVID
NO PETITIONER ATTORNEY FOUND
DOMESTIC VIOLENCE B
MOVING PARTY PETITIONER ROXANA DAVID

7)  FDV-11-808510 DIANA PEREZ VS. STEVEN CERVANTES
DIANA PEREZ
NO PETITIONER ATTORNEY FOUND
DOMESTIC VIOLENCE B
MOVING PARTY PETITIONER DIANA PEREZ

8)  FDV-11-808511 BIKHAYRAT MUKHAMMADIEV VS. ANVAR ISMAILOV
BIKHAYRAT MUKHAMMADIEV
NO PETITIONER ATTORNEY FOUND
ANVAR ISMAILOV
NO RESPONDENT ATTORNEY FOUND
DOMESTIC VIOLENCE B
MOVING PARTY PETITIONER BIKHAYRAT MUKHAMMADIEV VS. ZULFIYA MUKHAMMADIEV

9)  FDV-11-808512 BIKHAYRAT MUKHAMMADIEV
BIKHAYRAT MUKHAMMADIEV
NO PETITIONER ATTORNEY FOUND
DOMESTIC VIOLENCE B

*As for me exposing my ex, there are very disturbing actions happening towards me in the background that I have not shared publicly, but my attorney has records of. Every time I share something about my ex, it has been because he did something to provoke me. It may be hard for some of you to understand why I respond, but for 2.5 years I didn't respond... until now. I'm finally standing up for myself and the truth.*

Tags: Temporary Restraining Order. Lawrence Bradford Johnson. Fdv-11-808495. Superior Court. San Francisco. California. Jonathan Fried.

← **Next Previous** →

Letter to Judge Hamilton re Default of Sorinne Ardeleanu - Page 12 of 17

# Exhibit "B"

| **DV-110** | **Temporary Restraining Order** |
|---|---|

*Person in ① must complete items ①, ②, and ③ only.*

**①** Name of protected person: LAWRENCE B. JOHNSON

Address (skip this if the person above has a lawyer) (If you want your home address to be private, give a mailing address instead):

City: _____ State: _____ Zip: _____
Telephone (optional): _____ Fax (optional): _____
Your lawyer (if you have one):
Name: Jonathan Pink State Bar no.: 257631
Firm name: _____
Street address: 333 Pine St. 6th Floor
City: San Francisco State: CA Zip: 94104
Telephone: 415 986 7000 Fax: _____
E-mail: _____

**②** Name of restrained person: Sorinne Frieda Ardeleanu
Description of restrained person:

Sex: ☐ M ☑ F Height: 5'4" Weight: 115 Date of Birth: 12/7/80
Hair Color: Blnd Eye Color: Brn Age: 30 Race: W
Mailing address (if known): 1640 Clay St. #301
City: San Francisco State: CA Zip: 94109

**③** ☐ **Additional Protected Persons**
In addition to the person named in ①, the following persons are protected by temporary orders as indicated in items ⑤ and ⑥ (family or household members):

| Full Name | Relationship to Person in ① | Sex | Age |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

☐ Check here if there are additional protected persons. List them on an attached sheet of paper and write, "DV-110, Item 3, Additional Protected Persons" as a title.

*The court will complete the rest of this form.*

**④** **Expiration Date**
This order expires at the date and time of the hearing below:

Hearing date: 5/4/11 Time: 9:00 ☒ a.m. ☐ p.m.

**This is a Court Order.**

Judicial Council of California  www.courtinfo.ca.gov
Revised January 1, 2010, Mandatory Form
Family Code section 6200 et seq.
Approved by DOJ

**Temporary Restraining Order**
**(CLETS-TRO)**
**(Domestic Violence)**

DV-110, Page 1 of 5
→

Clerk stamps date here when form is filed.

**FILED**
San Francisco Superior Court
APR 14 2011
CLERK OF THE COURT
By: _____ Deputy Clerk

Fill in court name and street address:
Superior Court of California, County of
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO
UNIFIED FAMILY COURT
400 McAllister Street
SAN FRANCISCO, CA. 94102

Clerk fills in case number when form is filed.
Case Number:
FDV 11-808495

# Exhibit "C"

Information Provided By: S&R Services

This E-Mail Is To Provide Information Only. Do NOT Use For An Invoice or Proof

Substituted Service, on: SORRINNE FRIEDA ARDELEANU on: 05/24/11 @ 11:30am

Mailed Document Copies On: 05/24/11, From: San Bruno, CA

INVOICE #: 33835, Current Charges $96.35
Case #: CV11 0651 EMC
Court: UNITED STATES DISTRICT COURT - NORTHERN DISTRICT
Title: BENJAMIN PHILIP CANNON Vs. CITY OF PETALUMA

SUMMONS IN A CIVIL ACTION U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF
REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL
PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD
M. CHEN; COMPLAINT; ORDER ON PETITION FOR FINDING OF FACTUAL INNOCENCE;
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; FIRST AMMENDED
COMPLAINT, AT Business HARRY JUNG CPA 90 MONTGOMERY ST. STE. 750 San
Francisco CA 94104, by serving: HARRY JUNG, OWNER
Asian, Male, 50yrs., Black hair, Brown eyes, 5'10", 180lbs., by leaving a copy of the Documents
with: HARRY JUNG, OWNER, Served By: Andy Esquer, Registration #1009 San Francisco
County

Attempt #1, Date: 05/01/11, Time: 5:30pm, Location: Home
Results: NO ANSWER THROUGH THE DIRECTORY PHONE, UNABLE TO GAIN ACCESS.
Attempt made by: Andy Esquer. Attempt at: 1840 CLAY ST., #301  San Francisco CA 94109.

Attempt #2, Date: 05/02/11, Time: 11:00am, Location: Home
Results: SPOKE TO THE SUBJECT THROUGH THE INTERCOM AND SHE BUZZED ME IN. I
KNOCKED ON THE DOOR BUT SHE WOULD NOT ANSWER. I TRIED CALLING HER AGAIN
BUT SHE DID NOT PICK UP. Attempt made by: Andy Esquer. Attempt at: 1840 CLAY ST.,
#301  San Francisco CA 94109.

Attempt #3, Date: 05/03/11, Time: 12:00pm, Location: Home
Results: DIRECTORY PHONE IS FORWARDED TO HER CELL PHONE.  SUBJECT STATED
SHE IS IN LAS VEGAS WORKING, WOULD NOT GIVE ME A RETURN DATE. Attempt made
by: Andy Esquer. Attempt at: 1840 CLAY ST., #301  San Francisco CA 94109.

Attempt #4, Date: 05/04/11, Time: 8:00pm, Location: Home
Results: GAINED ACCESS, NO ANSWER AT THE DOOR. Attempt made by: Andy Esquer.
Attempt at: 1840 CLAY ST., #301  San Francisco CA 94109.

Attempt #5, Date: 05/07/11, Time: 9:00am, Location: Home

Results: NO ANSWER AT THE DOOR. Attempt made by: Andy Esquer. Attempt at: 1840 CLAY ST., #301   San Francisco CA 94109.

Attempt #6, Date: 05/09/11, Time: 7:30am, Location: Home
Results: NO ANSWER THROUGH THE INTERCOM. Attempt made by: Andy Esquer. Attempt at: 1840 CLAY ST., #301   San Francisco CA 94109.

Attempt #7, Date: 05/11/11, Time: 12:00pm, Location: Home
Results: SPOKE TO THE SUBJECT THROUGH THE INTERCOM (FORWARD TO HER CELL PHONE). SHE STATED THAT SHE IS TRAVELING. I GAINED ACCESS BUT RECEIVED NO ANSWER AT THE DOOR. I CAN HEAR SOMEONE MOVING AROUND INSIDE AND A DOG BARKING. Attempt made by: Andy Esquer. Attempt at: 1840 CLAY ST., #301   San Francisco CA 94109.

Attempt #8, Date: 05/14/11, Time: 7:50am, Location: Home
Results: NO ANSWER AT THE DOOR. Attempt made by: Andy Esquer. Attempt at: 1840 CLAY ST., #301   San Francisco CA 94109.

Attempt #9, Date: 05/17/11, Time: 6:00pm, Location: Home
Results: NO ANSWER AT THE DOOR. Attempt made by: Andy Esquer. Attempt at: 1840 CLAY ST., #301   San Francisco CA 94109.

Attempt #10, Date: 05/20/11, Time: 5:00pm, Location: Business
Results: BUSINESS IS CLOSED. Attempt made by: Andy Esquer. Attempt at: HARRY JUNG CPA 595 MARKET ST., #1180  San Francisco CA 94105.

Attempt #11, Date: 05/23/11, Time: 12:00pm, Location: Business
Results: BUSINESS IS CLOSED. Attempt made by: Andy Esquer. Attempt at: HARRY JUNG CPA 595 MARKET ST., #1180  San Francisco CA 94105.

Attempt #12, Date: 05/23/11, Time: 4:50pm, Location: Business
Results: BUSINESS IS CLOSED. Attempt made by: Andy Esquer. Attempt at: HARRY JUNG CPA 90 MONTGOMERY ST. STE. 750  San Francisco CA 94104.

Attempt #13, Date: 05/24/11, Time: 7:45am, Location: Business
Results: BUSINESS IS CLOSED. Attempt made by: Andy Esquer. Attempt at: HARRY JUNG CPA 90 MONTGOMERY ST. STE. 750  San Francisco CA 94104.

[15.52][E](33835.28703)(B3)Tanya Levi

# Exhibit "D"

ORIGINAL
FILED

AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 11- 0651 EMC

2011 MAY 27 P 12: 14

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

This summons for *(name of individual and title, if any)*   SORRINNE FRIEDA ARDELEANU

was received by me on *(date)*   April 29, 2011

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I left the summons at the individual's usual place of employment
with HARRY JUNG/OWNER, a person of suitable age and discretion
who is in charge, on May 24, 2011 at 11:30 a.m., and mailed a
copy to the individual's last known address.

My fees are $ _____ for travel and $ _____ for services, for a total of $   1/11   .

I declare under penalty of perjury that this information is true.

Date:   5/26/2011

_____
Server's signature

ANDY ESQUER, PROCESS SERVER

Safe-Services
903 Sneath Lane #227
San Bruno, CA 94066
www.srprocessservice.com
Server's address

Additional information regarding attempted service, etc:

1
2
3
4
5
6
7
8
9
10

**S&R**
**S e r v i c e s**

11    BEN CANNON
      1083 VINE ST., #215
12    Healdsburg CA  95448

13    | Tuesday May 24, 2011 | _INVOICE_ | BECAN.33835 |
      | --- | --- | --- |

14    Case #: CV11 0651 EMC
       Court: UNITED STATES DISTRICT COURT - NORTHERN DISTRICT
       Title: BENJAMIN PHILIP CANNON vs. CITY OF PETALUMA
15    Documents: SUMMONS IN A CIVIL ACTION; U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF
       REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT
16     CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES
       ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; COMPLAINT;
       ORDER ON PETITION FOR FINDING OF FACTUAL INNOCENCE; DECLINATION TO
17     PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A
       UNITED STATES DISTRICT JUDGE; FIRST AMMENDED COMPLAINT

| Date | Description | Amount |
| --- | --- | --- |
18    | 05/24/11 | Substituted Service: SORRINNE FRIEDA ARDELEANU, AT Business | |
      | 11.30AM | HARRY JUNG CPA 90 MONTGOMERY ST. STE. 750 San Francisco, CA | |
19    | | 94104, by serving: HARRY JUNG, OWNER | |
      | | Asian, Male, 50yrs., Black hair, Brown eyes, 5'10", 180lbs., by leaving a copy | |
      | | of the Documents with: HARRY JUNG, OWNER. Served By: Andy Esquer. | |
20    | | Mailed Copy Of Documents To: SORRINNE FRIEDA ARDELEANU. | |
      | 04/29/11 | Deposit On Services  Check Number: CC, Thank You! | -92.25 |
21    | 05/24/11 | PROCESS SERVICE | 55.00 |
      | 05/24/11 | PROCESS SERVICE | 55.00 |
      | 05/24/11 | FILE PROOF OF SERVICE WITH COURT | 10.00 |
22    | 05/24/11 | ATTEMPT SERVICE/BAD ADDRESS | 25.00 |
      | 05/24/11 | Copy, 109.00 Copies, at $.25 | 27.25 |
      | 05/24/11 | Copy, 109.00 Copies, at $ .15 | 16.35 |
23    | 05/25/11 | Payment, Check Number: cc, Thank You! | -96.35 |
      | **PLEASE PAY FROM THIS INVOICE** | | **0.00** |

24
25
26    903 Sneath Lane, Suite 227,  San Bruno, CA 94066
27    Telephone: (650) 794-1923, FAX: (650) 989-4182, Tax ID: 26-4161879
28