```
1  BRUCE D. GOLDSTEIN #135970
   County Counsel
2  ANNE L. KECK #136315
   Deputy County Counsel
3  County of Sonoma
   575 Administration Drive, Room 105A
4  Santa Rosa, California 95403-2815
5  Telephone: (707) 565-2421
   Facsimile: (707) 565-2624
6
7  RICHARD W. OSMAN #167993
   BERTRAND, FOX & ELLIOT
8  The Waterfront Building
   2749 Hyde Street
9  San Francisco, CA 94109
   Telephone: (415) 353-0999
10 Facsimile: (415) 353-0990
11
   Attorneys for Sonoma Defendants
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHILIP CANNON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF PETALUMA, et al.,<br><br>　　　　Defendants. | Case No.: CV 11-0651 PJH<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: August 3, 2011　　　　　　　　　BERTRAND, FOX & ELLIOT

　　　　　　　　　　　　　　　　　　　　By: /s/ *Richard W. Osman*
　　　　　　　　　　　　　　　　　　　　　　Richard W. Osman
　　　　　　　　　　　　　　　　　　　　　　Attorney for Sonoma Defendants

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
*Cannon v. City of Petaluma, et al.*
U.S.D.C. Northern District of CA Case No. CV 11-0651 PJH

# CERTIFICATE OF SERVICE

I, John O'Rourke, declare that:

1. I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

2. I am readily familiar with the practice of Bertrand, Fox & Elliot for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

3. On, **August 3, 2011**, I served the following document in said cause,

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the following interested parties:

Benjamin Philip Cannon
1083 Vine Street #215
Healdsburg, CA 95448

4. Said service was performed in the following manner:

✓ **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

Executed, **August 3, 2011**, at San Francisco, California.

                                                     /s/ *John O'Rourke*
                                                      John O'Rourke