BRUCE D. GOLDSTEIN #135970
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: akeck@sonoma-county.org

RICHARD W. OSMAN #167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
E-mail: rosman@bfesf.com

Attorneys for Sonoma Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHILIP CANNON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF PETALUMA, et al.,<br><br>　　　　　Defendants. | Case No.: CV 11-0651 PJH<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PENDING MOTIONS TO DISMISS; [PROPOSED] ORDER**<br>　AS MODIFIED BY THE COURT<br><br>Complaint Filed: February 11, 2011 |

　　　This joint stipulation and request for entry of order pursuant to Civil Local Rule 7-12 is entered into by and between: (1) Plaintiff in pro per, Benjamin Philip Cannon ("Plaintiff"); (2) Defendants County of Sonoma (including the Sonoma County Sheriff's Office), City of Sonoma (including the Sonoma Police Department), former Sonoma County Sheriff-Coroner William Cogbill; Sonoma County Sheriff's Deputies James Naugle, Christopher Spallino, Eric Haufler, Jesse Hanshew, Shawn Murphy, and Perry Sparkman, former Sonoma County District Attorney Stephan

Passalacqua, and Sonoma County Deputy District Attorneys James Casey and Robert Waner (collectively, the "Sonoma Defendants"); and (3) Defendants City of Petaluma (erroneously sued as Petaluma Police Department), Dan Fish, John Silva, Bert Walker and Jason Jucutan (collectively, the "City Defendants.")

The parties, by this stipulation request an Order continuing City Defendants' Motion to Dismiss, or Alternatively Motion For More Definite Statement and Sonoma Defendants' Motion to Strike, Motion for More Definite Statement and Motion to Dismiss, presently set for hearing on August 10, 2011 to August 31, 2011. The request is based upon plaintiff's filing of a late opposition to the Sonoma Defendants' motion and the Sonoma Defendants' need for additional time to properly reply to said opposition. The terms and provisions of this stipulation and request for order are set forth below.

**RECITALS**

A. Sonoma Defendants filed their Motion to Dismiss, Motion for More Definite Statement and Motion to Dismiss on June 29, 2011. This Motion is currently set to be heard on August 10, 2011, at 9:00 a.m.

B. The City Defendants filed their Motion to Dismiss or, Alternatively Motion For More Definite Statement on May 31, 2011. This Motion also is currently set to be heard on August 10, 2011, at 9:00 a.m.

C. Plaintiff's opposition to the Sonoma Defendants' Motion to Dismiss was due on June 18, 2011, but was not filed until July 28, 2011. It was not mail-served until July 28, 2011 or thereafter.

D. On July 28, 2011, counsel for Sonoma Defendants contacted plaintiff regarding his late opposition and plaintiff said he would stipulate to permit the Sonoma Defendants to file a late reply brief.

E. The parties have all met and conferred and agreed to move the hearing date on the motions to dismiss to provide the Sonoma Defendants time to file a reply to plaintiff's opposition and to provide plaintiff to file a Sur Opposition to the City Defendants' argument that plaintiff's state law claims are barred by the applicable statutes of limitation.

WHEREFORE, the parties hereby stipulate and request entry of a court order as follows:

**STIPULATION**

1. The hearing date on the City Defendants' Motion to Dismiss or, Alternatively Motion For A More Definite Statement and on the Sonoma Defendants' Motion to Dismiss, Motion for More Definite Statement and Motion to Dismiss be moved from August 10, 2011 to August 31, 2011.

2. The Sonoma Defendants' reply brief shall be filed and served on or before August 17, 2011.

3. Plaintiff is permitted to file a Sur Opposition on or before August 17, 2011 to the City Defendants' Motion to Dismiss, only on the issue of whether plaintiff's state law claims are barred by applicable statutes of limitation.

4. The City Defendants will not file a reply to plaintiff's Sur-Opposition on the statutes of limitation issue.

5. This stipulation does not prevent or preclude the parties from seeking additional relief from this Court to amend this stipulation and order or otherwise.

Respectfully submitted,

Dated: August 4, 2011          BERTRAND, FOX & ELLIOT

By: /s/ *Richard W. Osman*
Richard W. Osman
Attorney for Sonoma Defendants

Dated: August 4, 2011          MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ *Kimberly M. Drake*
Kimberly M. Drake
Attorney for City Defendants

Dated: August 4, 2011          BENJAMIN PHILIP CANNON

By: /s/ *Benjamin Philip Cannon*
Plaintiff in pro per

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, and with good cause appearing,

IT IS HEREBY ORDERED that: (1) the hearing date on the City Defendants Motion to Dismiss or, Alternatively Motion For More Definite Statement and on the Sonoma Defendants' Motion to Dismiss, Motion for More Definite Statement and Motion to Dismiss be continued from the presently-scheduled date of August 10, 2011 to ~~August 31, 2011~~ September 14, 2011; (2) the County Defendants' reply brief shall be filed and served on or before August 17, 2011; (3) plaintiff is permitted to file a Sur Opposition on or before August 17, 2011 to the City Defendants' Motion to Dismiss, only on the issue of whether plaintiff's state law claims are barred by applicable statutes of limitation; (4) the City Defendants shall not file a reply to plaintiff's Sur Opposition on the statute of limitations issue; and (5) this stipulation does not prevent or preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

Date: __8/5/11_____

_____
HONORABLE PHYLLIS J. HAMILTON
United States



STIPULATION TO CONTINUE HEARING DATE ON PENDING MOTIONS TO DISMISS; [PROPOSED] ORDER
*Cannon v. City of Petaluma, et al.*
U.S.D.C. Northern District of CA Case No. CV 11-0651 PJH

ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, am the ECF user whose identification and password are being used to file this STIPULATION TO CONTINUE HEARING DATE ON PENDING MOTIONS TO DISMISS; [PROPOSED] ORDER on behalf of Plaintiff and Sonoma Defendants pursuant to Civil Local Rule 7-11. In compliance with General Order No. 45(X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 4, 2011                              By:   /s/ *Richard W. Osman*
                                                        Richard W. Osman
                                                        Attorney for Sonoma Defendants

# CERTIFICATE OF SERVICE

I, John O'Rourke, declare that:

1. I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

2. I am readily familiar with the practice of Bertrand, Fox & Elliot for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

3. On **August 4, 2011**, I served the following document in said cause,

**STIPULATION TO CONTINUE HEARING DATE ON PENDING MOTIONS TO DISMISS; [PROPOSED] ORDER**

on the following interested parties:

Benjamin Philip Cannon
1083 Vine Street #215
Healdsburg, CA 95448

4. Said service was performed in the following manner:

✓ **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

Executed **August 4, 2011**, at San Francisco, California.

                                                /s/ *John O'Rourke*
                                                  John O'Rourke

---

CERTIFICATE OF SERVICE
*Cannon v. City of Petaluma, et al.*
U.S.D.C. Northern District of CA Case No. CV 11-0651 PJH