UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PHILIP CANNON,

       Plaintiff,

       v.

CITY OF PETALUMA, et al.,

       Defendants.
_____/

No. C 11-0651 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Sorinne Ardeleanu's motion to quash subpoena, and for resolution of any discovery disputes that may arise after discovery has opened. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

The parties shall contact the courtroom clerk of the assigned Magistrate Judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

**IT IS SO ORDERED.**

Dated: August 5, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Lili, Assigned M/J, counsel of record