UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PHILIP CANNON,

    Plaintiff,                        No. C 11-0651 PJH

    v.                              **ORDER**

CITY OF PETALUMA, et al.,

    Defendant.

_____/

        Plaintiff Benjamin Philip Cannon filed the above-entitled action on February 11, 2011.  To date, two defendants named in the complaint – Sorinne Ardeleanu and Christine Barnett (or Burnett) – have apparently not been served.

        Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  If the plaintiff shows good cause for the failure, the court may extend the time "for an appropriate period."

        The 120 days for service of the summons and complaint on defendants in this case expired on June 13, 2011.  On July 26, 2011, plaintiff filed a letter in which he stated that Ms. Ardeleanu had been "evading service."  Based on this, he suggested that the court order entry of default "to help avoid wasting the court's time further."  (The clerk had previously declined default.).

        A defendant is in default if he or she fails to plead or otherwise defend against a complaint within the time permitted by the Federal Rules.  Fed. R. Civ. P. 55(a).  Unless a defendant has agreed to waive service, he or she generally has 21 days after service of the

summons and complaint within which to file an answer or a Rule 12 motion. Fed. R. Civ. P. 12(a)(1). Thus, default will not be entered against a defendant who has not either waived service or been properly served.

Although plaintiff has not requested an extension of time for service, the court will allow plaintiff an additional two weeks from the date of this order to accomplish service on Ms. Ardeleanu and Ms. Barnett (or Burnett). If no proof of service has been filed by August 19, 2011, both defendants will be dismissed from this action.

**IT IS SO ORDERED.**

Dated: August 5, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge