UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN P. CANNON,

    Plaintiff,

    v.

CITY OF PETALUMA, et al.,

    Defendants.
_____/

No. C 11-0651 PJH

**ORDER DENYING REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Plaintiff Benjamin P. Cannon seeks leave to file a motion for reconsideration of the July 29, 2011 order denying his motion for default judgment against defendant Sonoma Valley Sun (sued as "Sonoma Sun"). The motion is DENIED.

Under Civil Local Rule 7-9, a party seeking leave to file a motion for reconsideration must show either that a material difference in fact or law exists from that which was presented to the court before entry of the interlocutory order for which reconsideration is sought, or that new material facts or a change of law has emerged since the time of such order, or that the court failed to consider material facts or dispositive legal arguments presented prior to the issuance of the interlocutory order. Civ. L.R. 7-9(b).

Here, plaintiff claims that new material facts have emerged, in the form of e-mails to the Sonoma Valley Sun from a friend of plaintiff's and from plaintiff's attorney. Apart from the fact that the attached e-mails are inadmissible hearsay, the court finds that they do not qualify as "new material facts" that have emerged since the time of the order denying the motion for default judgment. The e-mail from plaintiff's friend is dated March 17, 2010,

eleven months prior to the date plaintiff filed the present lawsuit, and is addressed to plaintiff, not to the Sonoma Valley Sun. The e-mails included in the exchange between plaintiff's attorney and Val Robichaud of the Sonoma Valley Sun are dated March 18 and 19, 2010, and also do not qualify as "new facts," since plaintiff's attorney was acting on plaintiff's behalf in discussing a possible retraction to be printed by the Sonoma Valley Sun. Moreover, plaintiff has not explained how the e-mails, even were they admissible, warrant reconsideration.

**IT IS SO ORDERED.**

Dated: August 22, 2011

PHYLLIS J. HAMILTON
United States District Judge