UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN P. CANNON,

    Plaintiff,

    v.

CITY OF PETALUMA, et al.,

    Defendants.

_____/

No. C 11-0651 PJH

**ORDER**

Plaintiff having failed to file a proof of service showing service of the summons and complaint on defendants Sorinne Ardeleanu and Christine Barnett (or Burnett) in accordance with Federal Rule of Civil Procedure 4(e), by the deadline set in the court's order of August 5, 2011, those defendants are hereby DISMISSED from the case, pursuant to Rule 4(m). Plaintiff's motion for entry of default against defendant Sorinne Ardeleanu is DENIED, for failure to effectuate proper service.

**IT IS SO ORDERED.**

Dated: August 29, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge