BRUCE D. GOLDSTEIN #135970
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: akeck@sonoma-county.org

RICHARD W. OSMAN #167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
E-mail: rosman@bfesf.com

Attorneys for Sonoma Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHILIP CANNON,<br><br>    Plaintiff,<br><br>  vs.<br><br>COUNTY OF PETALUMA, et al.,<br><br>    Defendants.<br>_____ / | Case No.: CV 11-0651 PJH<br><br>**STIPULATION TO MODIFY COURT ORDER TO EXTEND TIMES FOR FILING AMENDED COMPLAINT AND RESPONSES; [~~PROPOSED~~] MODIFIED ORDER** |

This joint stipulation and request for entry of a modified order is made pursuant to Civil Local Rule 7-12 by and between the following groups of parties: Plaintiff in pro per, Benjamin Philip Cannon ("Plaintiff"); the "Sonoma Defendants," consisting of the County of Sonoma (including the Sonoma County Sheriff's Office), the City of Sonoma (including the Sonoma Police Department),

former Sonoma County Sheriff-Coroner William Cogbill, Sonoma County Sheriff's Deputies James Naugle, Christopher Spallino, Eric Haufler, Jesse Hanshew, Shawn Murphy, and Perry Sparkman, former Sonoma County District Attorney Stephan Passalacqua, and Sonoma County Deputy District Attorneys James Casey and Robert Waner; and the "Petaluma Defendants," consisting of the City of Petaluma (erroneously sued as Petaluma Police Department), and Petaluma Police Department members Dan Fish, John Silva, Bert Walker, and Jason Jucutan.

Through this stipulation, these parties request the Court to modify Paragraph No. 10 of its "Order re Motions to Dismiss or for More Definite Statement; Order re Motions to Strike," filed on September 15, 2011 (hereinafter, the "September 15th Order," Dkt. No. 82), for the sole purpose of providing Plaintiff an additional week in which to file his amended complaint, through October 12, 2011, and concomitantly extending the time for Defendants to respond to that amended complaint through November 2, 2011, based on the following.

**RECITALS**

A. In response to Defendants' motions to dismiss, in its September 15th Order this Court dismissed several of Plaintiff's claims alleged in his First Amended Complaint with prejudice, and granted Plaintiff leave to amend the remaining claims through filing a second amended complaint.

B. The September 15th Order also expressly ordered Plaintiff to file any second amended complaint no later than October 5, 2011, and ordered Defendants to file any answers or motions to dismiss in response to such second amended complaint no later than October 26, 2011. [Dkt. No. 82, ¶ 10.]

C. Plaintiff prepared a draft of his proposed second amended complaint and, at defense counsel's suggestions, provided an advance copy to defense counsel. On October 5, 2011, defense counsel expressed concerns regarding several allegations and claims made in the draft second amended complaint. Based on information provided by defense counsel and resulting conversations, Plaintiff has agreed to substantially revise his draft second amended complaint by removing certain allegations and claims from his draft before filing his second amended complaint with the Court, but needs additional time in which to do so.

D. Counsel for Sonoma Defendants and Petaluma Defendants have agreed to provide

Plaintiff with an additional week to substantively revise his draft second amended complaint to remove certain allegations and claims, which will permit him to file it no later than October 12, 2011. Defendants' counsel believes that good cause exists for such extension of time, as it will provide Plaintiff the opportunity to further limit the allegations and claims he intends to make in his second amended complaint. However, based on conversations with Plaintiff to date, Defendants' counsel do not believe that Plaintiff's intended revisions to his draft second amended complaint will satisfy FRCP Rule 8 pleading standards. Accordingly, Sonoma Defendants and Petaluma Defendants at the present time intend to file motions to dismiss in response to the proposed second amended complaint even if modified as Plaintiff now intends.

E. To permit Defendants' counsel time in which to review the second amended complaint that is filed and prepare their responses, Plaintiff has agreed to concomitantly extend the time for filing such responses for one week through November 2, 2011.

WHEREFORE, the parties to this stipulation hereby agree and request entry of an order modifying Paragraph 10 of this Court's September 15th Order (Dkt. No. 82) as follows:

**STIPULATION**

1. It is requested that Plaintiff be permitted to file his second amended complaint no later than October 12, 2011.

2. It is requested that Sonoma Defendants and Petaluma Defendants be permitted to file their responses (including but not limited to answers and motions to dismiss) no later than November 2, 2011.

3. This stipulation does not prevent or preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

                                                    Respectfully submitted,

Dated: October 5, 2011                        BRUCE D. GOLDSTEIN, Sonoma County Counsel

                                                   By: /s/ *Anne L. Keck*
                                                        Anne L. Keck
                                                        Attorneys for Sonoma Defendants

1  Dated: October 5, 2011				BENJAMIN PHILLIP CANNON

2						By:  /s/ *Benjamin Philip Cannon*
						       Plaintiff in pro per

3

4  Dated: October 5, 2011				MYERS, NAVE, RIBACK, SILVER & WILSON

5

6						By:  /s/ *Kimberly M. Drake*
						       Kimberly M. Drake
7						       Attorneys for Petaluma Defendants

4

STIPULATION TO MODIFY COURT ORDER TO EXTEND TIMES FOR FILING
AMENDED COMPLAINT AND RESPONSES; [PROPOSED] MODIFIED ORDER
*Cannon v. City of Petaluma, et al.,* U.S.D.C. Northern District of CA Case No. CV 11-0651 PJH

## [~~PROPOSED~~] MODIFIED ORDER

PURSUANT TO STIPULATION, and with good cause appearing,

IT IS HEREBY ORDERED that Paragraph No. 10 of this Court's "Order re Motions to Dismiss or for More Definite Statement; Order re Motions to Strike," filed on September 15, 2011 (Dkt. No. 82), is hereby modified to permit Plaintiff to file his second amended complaint no later than October 12, 2011, and to permit Defendants to file their responses to the second amended complaint no later than November 2, 2011. All other terms and provisions of the Court's Order shall remain in full force and effect.

Date: 10/7/11

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge



IT IS SO ORDERED
Judge Phyllis J. Hamilton

ELECTRONIC CASE FILING ATTESTATION

I, Anne L. Keck, am the ECF user whose identification and password are being used to file this STIPULATION TO MODIFY COURT ORDER TO EXTEND TIMES FOR FILING AMENDED COMPLAINT AND RESPONSES; [PROPOSED] MODIFIED ORDER on behalf of Plaintiff, Sonoma Defendants and Petaluma Defendants pursuant to Civil Local Rule 7-12. In compliance with General Order No. 45(X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from its signatories.

Dated: October 5, 2011                    By:   /s/ *Anne L. Keck*
                                                Anne L. Keck
                                                Attorney for Sonoma Defendants

## **CERTIFICATE OF SERVICE**

I am employed in the County of Sonoma, California; I am over the age of 18 years and not a party to the within action; my business address is 575 Administration Dr., Rm. 105A, Santa Rosa, California.  I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On **October 5, 2011**, I served the following document in said cause,

**STIPULATION TO MODIFY COURT ORDER TO EXTEND TIMES FOR FILING AMENDED COMPLAINT AND RESPONSES; [PROPOSED] MODIFIED ORDER**

on the following interested parties:

Benjamin Philip Cannon
1083 Vine Street #215
Healdsburg, CA 95448

Said service was performed in the following manner:

- ✓ **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at Santa Rosa, California, following the above-stated business practice, on this date.

Executed **October 5, 2011**, at Santa Rosa, California.

/s/ *Renee Cahoon*
Renee Cahoon

---

CERTIFICATE OF SERVICE
*Cannon v. City of Petaluma, et al.*
U.S.D.C. Northern District of CA Case No. CV 11-0651 PJH