OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

$ 00.65°
JUN 12 2012
MAILED FROM ZIP CODE 94612

RETURNED TO SENDER

NOT AT THIS ADDRESS
RETURN TO SENDER

FILED
JUN 14 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Benjamin Philip Cannon
1083 Vine Street #215
Healdsburg, CA 95448

CV11-00651 PJH

| | |
|---|---|
| 1 | BRUCE D. GOLDSTEIN, State Bar No. 135970 |
|   | County Counsel |
| 2 | ANNE L. KECK, State Bar No. 136315 |
| 3 | Deputy County Counsel |
|   | County of Sonoma |
| 4 | 575 Administration Drive, Room 105A |
|   | Santa Rosa, California 95403-2815 |
| 5 | Telephone: (707) 565-2421 |
|   | Facsimile: (707) 565-2624 |
| 6 | E-mail: akeck@sonoma-county.org |
| 7 | **Attorneys for Sonoma Defendants** |
| 8 | |
|   | RICHARD W. OSMAN, State Bar No. 167993 |
| 9 | BERTRAND, FOX & ELLIOT |
|   | The Waterfront Building |
| 10 | 2749 Hyde Street |
|   | San Francisco, CA 94109 |
| 11 | Telephone: (415) 353-0999 |
| 12 | Facsimile: (415) 353-0990 |
|   | E-mail: rosman@bfesf.com |
| 13 | **Attorneys for Sonoma Defendants** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHILIP CANNON,           ) | |
|                                   ) | Case No.: CV 11-0651 PJH |
| Plaintiff,              ) | |
|                                   ) | **STIPULATION TO CONTINUE RESPONSE** |
| vs.                               ) | **AND REPLY DEADLINES RE** |
|                                   ) | **PLAINTIFF'S MOTION TO** |
|                                   ) | **STRIKE/ALTERNATELY REPLY TO** |
| COUNTY OF PETALUMA, et al.,       ) | **SONOMA DEFENDANTS OPPOSITION TO** |
|                                   ) | **SECOND MOTION FOR LEAVE TO FILE** |
| Defendants.            ) | **THIRD AMENDED COMPLAINT;** |
|                                   ) | [~~PROPOSED~~] **ORDER** |
|                                   ) | |
|                                   ) | Complaint Filed: February 11, 2011 |

---

1

STIPULATION TO CONTINUE RESPONSE AND REPLY DEADLINES RE PLAINTIFF'S MOTION TO
STRIKE/ALTERNATELY REPLY TO SONOMA DEFENDANTS OPPOSITION TO SECOND MOTION FOR
LEAVE TO FILE THIRD AMENDED COMPLAINT; [PROPOSED] ORDER

This joint stipulation is entered into by and between: (1) Plaintiff in pro per, Benjamin Philip Cannon ("Plaintiff"); and (2) the Sonoma Defendants.[1]

The parties, by this stipulation request an Order continuing the deadline for filing a response to plaintiff's Motion to Strike/Alternately Reply to Sonoma Defendants' Opposition to Second Motion for Leave to File Third Amended Complaint [Docket No. 119], presently due June 12, 2012 to June 19, 2012, and continuing the deadline for filing a reply to said response, presently due June 19, 2012 to June 26, 2012. The request is based upon the unavailability of Deputy County Counsel Anne Keck, who filed a Notice of Unavailability on May 17, 2012 (Docket No. 114), indicating she would be unavailable from May 25, 2012 to June 11, 2012. Plaintiff's Motion to Strike [Docket No. 119] was filed during this time and unless the response date is moved, Ms. Keck will only have one day to review the motion and prepare a response thereto. The terms and provisions of this stipulation and request for order are set forth below.

## RECITALS

A. Plaintiff filed a Motion to Strike/Alternately Reply to Sonoma Defendants' Opposition to Second Motion for Leave to File Third Amended Complaint on May 29, 2012.

B. The Court set Sonoma Defendants' response to Motion to Strike/Alternately Reply to Sonoma Defendants' Opposition to Second Motion for Leave to File Third Amended Complaint deadline for June 12, 2012.

C. Plaintiff's reply to the Sonoma Defendants' response to his motion is presently due June 19, 2012.

D. Based on Deputy County Counsel Keck's noticed unavailability, the parties have met and conferred and agreed to request that the Court extend both opposition and reply deadlines to the motion by seven (7) days respectively.

WHEREFORE, the parties hereby stipulate and request entry of a court order as follows:

---

[1] Sonoma Defendants presently include: the County of Sonoma ; former Sonoma County Sheriff-Coroner William Cogbill; and Sonoma County Sheriff's Deputies James Naugle, Jesse Henshew, Shawn Murphy and Perry Sparkman.

## STIPULATION

1. Sonoma Defendants' deadline for filing a response to plaintiff's Motion to Strike/Alternately Reply to Sonoma Defendants' Opposition to Second Motion for Leave to File Third Amended Complaint be moved from June 12, 2012 to June 19, 2012.

2. Plaintiff's deadline for filing a reply to Sonoma Defendants' response to plaintiff's Motion to Strike/Alternately Reply to Sonoma Defendants' Opposition to Second Motion for Leave to File Third Amended Complaint be moved from June 19, 2012 to June 26, 2012.

3. This stipulation does not prevent or preclude the parties from seeking additional relief from this Court to amend this stipulation and order or otherwise.

Respectfully submitted,

Dated: June 7, 2012            BERTRAND, FOX & ELLIOT

By: /s/ *Richard W. Osman*
Richard W. Osman
Attorney for Sonoma Defendants


Dated: June 7, 2012            BENJAMIN PHILIP CANNON

By: /s/ *Benjamin Philip Cannon*
Plaintiff in pro per

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, and with good cause appearing,

IT IS HEREBY ORDERED that: (1) the Sonoma Defendants' deadline for filing a response to response to plaintiff's Motion to Strike/Alternately Reply to Sonoma Defendants' Opposition to Second Motion for Leave to File Third Amended Complaint be moved from June 12, 2012 to June 19, 2012; and (2) plaintiff's deadline for filing a reply to the Sonoma Defendants' response to plaintiff's Motion to Strike/Alternately Reply to Sonoma Defendants' Opposition to Second Motion for Leave to File Third Amended Complaint be moved from June 19, 2012 to June 26, 2012.

Date: 6/12/12



HONORABLE PHYLLIS J. HAMILTON
United States District Judge

ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, am the ECF user whose identification and password are being used to file this STIPULATION TO CONTINUE HEARING DATE ON PENDING MOTIONS TO DISMISS; [PROPOSED] ORDER on behalf of Plaintiff and Sonoma Defendants pursuant to Civil Local Rule 7-11. In compliance with General Order No. 45(X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from its signatories.

Dated: June 7, 2012               By:  /s/ *Richard W. Osman*
                                       Richard W. Osman
                                       Attorney for Sonoma Defendants

## CERTIFICATE OF SERVICE

I, John O'Rourke, declare that:

1. I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

2. I am readily familiar with the practice of Bertrand, Fox & Elliot for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

3. On **June 7, 2012**, I served the following document in said cause,

**STIPULATION TO CONTINUE OPPOSITION AND REPLY DEADLINES RE PLAINTIFF'S MOTION TO STRIKE; [PROPOSED] ORDER**

on the following interested parties:

Benjamin Philip Cannon
1083 Vine Street #215
Healdsburg, CA 95448

4. Said service was performed in the following manner:

✓ **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

Executed **June 7, 2012**, at San Francisco, California.

/s/ *John O'Rourke*
John O'Rourke

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CANNON,

    Plaintiff,

v.

CITY OF PETALUMA et al,

    Defendant.
_____/

Case Number: CV11-00651 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin Philip Cannon
1083 Vine Street #215
Healdsburg, CA 95448

Dated: June 12, 2012

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk