UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN P. CANNON,

    Plaintiff,

       v.

CITY OF PETALUMA, et al.,

    Defendants.

_____/

No. C 11-0651 PJH

**ORDER AMENDING APRIL 6, 2012 ORDER RE MOTIONS TO DISMISS SECOND AMENDED COMPLAINT**

    Before the court is the motion of defendants County of Sonoma, former Sonoma County Sheriff-Coroner William Cogbill, and Sonoma County Sheriff's Deputies James Naugle, Jesse Hanshew, Shawn Murphy, and Perry Sparkman (the existing "Sonoma defendants"), for clarification of the court's April 6, 2012 order regarding the motions to dismiss the second amended complaint, or in the alternative, leave to file a motion for reconsideration.

    Briefly, the Sonoma defendants' argument is that in view of the dismissal of the official capacity claims against Sheriff Cogbill and the Sheriff's Deputy defendants in the September 15, 2011 order re defendants' motions to dismiss the first amended complaint, based on 11th Amendment immunity, the claims against the County in the second amended complaint must be dismissed on the same basis. Thus, defendants assert, the court's denial of the motion to dismiss the County from the second amended complaint (or the dismissal of the claims against the County with leave to amend) was inconsistent with the prior ruling.

The court finds that reconsideration and amendment of the April 6, 2012 order is warranted. Accordingly, the April 6, 2012 order is hereby AMENDED as follows:

1. The portion of the order at page 20, lines 17-28 through page 21, lines 1-2, is deleted, and is replaced with the following:

> While Cannon alleges no facts in the fifth cause of action that could support any claim against the County, to the extent that the fifth cause of action can be interpreted as alleging a claim against the County, the motion is GRANTED, as the court previously dismissed all official capacity claims against the individual Sonoma County defendants, based on 11th Amendment immunity. See Hafer v. Melo, 502 U.S. 21, 25 (1991) (suits against government officials in their official capacities are actually claims made against the government entity).

2. The portion of the order at page 25, lines 11-12 (last full sentence), is deleted, and is replaced with the following:

> For the reasons stated above, the claims against the County and against the City of Sonoma are DISMISSED.

3. The portion of the order at page 26, lines 20-28 through page 29, line 1, is deleted, and is replaced with the following:

> The claims for Monell liability alleged in the seventh cause of action are DISMISSED. The dismissal is with prejudice. Because the court did not previously address the claim for supervisory liability in any detail, the claims against Sheriff Cogbill and Deputy Naugle are DISMISSED with leave to amend to allege facts sufficient to support the claims.

4. The portion of the order at page 35, lines 21-23, is deleted, and replaced by the following:

> The claims of supervisory liability asserted against Sheriff Cogbill and Deputy Naugle in the seventh cause of action are DISMISSED with leave to amend. The claim of Monell liability asserted against the County of Sonoma in the seventh cause of action is DISMISSED, with prejudice.

**IT IS SO ORDERED.**

Dated: October 4, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge