UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PHILIP CANNON,

    Plaintiff,

    v.

CITY OF PETALUMA, et al.,

    Defendants.

Case No.  11-cv-00651-JST

**ORDER REGARDING PLAINTIFF'S SECOND MOTION FOR "ADMINISTRATIVE CLARIFICATION"**

Re: Dkt. No. 148.

    This Court ordered Plaintiff Benjamin Philip Diaz Cannon to submit a corrected Third Amended Complaint by February 25. Dkt. No. 145. Rather than comply with this order, Plaintiff has instead filed a "Second Motion for Administrative Clarification." Dkt. No. 148 (dated February 23 but filed February 27). In it, Plaintiff requests the same clarification that the Court already provided in response to Plaintiff's first request. See Dkt. Nos. 143 & 145.

    The court has already clarified its prior orders, and can only counsel plaintiff to follow the directives in the court's prior orders. See id. Plaintiff is again ordered to correct the proposed Third Amended Complaint, Dkt. No. 144, so that it complies with the Court's previous orders, especially by removing any references to factual allegations which relate to dismissed claims.

///

///

///

///

///

///

///

Plaintiff, who is proceeding *pro se*, is advised that helpful information is available online at http://cand.uscourts.gov/proselitigants and also in person at the legal help center. An appointment at the legal help center may be made by calling 415-782-9000, extension 8657.

**IT IS SO ORDERED**.

Dated: March 7, 2013

_____
Jon S. Tigar
United States District Judge