UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHILIP CANNON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF PETALUMA, et al.,<br><br>    Defendants. | Case No. 11-cv-00651-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On the court's own motion, and good cause appearing, the Case Management Conference scheduled for June 4, 2013 is CONTINUED to July 11, 2013 at 2:00 p.m., when the matter is already on calendar for a hearing on Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to Prosecute.

**IT IS SO ORDERED**.

Dated: June 3, 2013

_____
JON S. TIGAR
United States District Judge